# EXHIBIT A

Case 1:22-cv-01353-UNA Document 1-1 Filed 10/13/22 Page 2 of 11 PageID #: 50

US006697811B2

(12) **United States Patent**
**Brodsky**

(10) **Patent No.: US 6,697,811 B2**
(45) **Date of Patent: Feb. 24, 2004**

(54) **METHOD AND SYSTEM FOR INFORMATION MANAGEMENT AND DISTRIBUTION**

(75) Inventor: **Michael T. Brodsky**, Westminster, CO (US)

(73) Assignee: **Raytheon Company**, Waltham, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/096,116**

(22) Filed: **Mar. 7, 2002**

(65) **Prior Publication Data**

US 2003/0172073 A1 Sep. 11, 2003

(51) **Int. Cl.**[7] .......................... **G06F 17/30**; G06F 7/00; G06F 15/16; G06F 15/173

(52) **U.S. Cl.** ............................ **707/10**; 707/9; 709/229; 709/223; 709/203

(58) **Field of Search** ............................ 707/1, 102, 10, 707/9; 713/201, 168; 705/65, 1, 51; 709/203, 223, 229

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,560,005 A 9/1996 Hoover et al. .............. 395/600
5,671,354 A * 9/1997 Ito et al. ..................... 713/201
5,701,451 A * 12/1997 Rogers et al. ................. 707/1
5,721,827 A * 2/1998 Logan et al. ............... 709/217
5,850,442 A * 12/1998 Muftic ........................ 705/65
5,926,624 A * 7/1999 Katz et al. .................. 709/217
6,115,040 A * 9/2000 Bladow et al. ............. 345/741
6,226,618 B1 * 5/2001 Downs et al. ................. 705/1
6,377,993 B1 * 4/2002 Brandt et al. ............... 709/227
6,408,330 B1 * 6/2002 DeLaHuerga ............... 709/217

* cited by examiner

*Primary Examiner*—Safet Metjahic
*Assistant Examiner*—Merilyn Nguyen
(74) *Attorney, Agent, or Firm*—Baker Botts L.L.P.

(57) **ABSTRACT**

The invention described comprises a method and system for the centralized management and decentralized execution of information and data distribution on a global scale. Managing and distributing information with a system begins with receiving a request for access to the system from a user at a multi-access manager and determining whether the request for access to the system is an approved request. A catalogue of at least one source server is displayed if the request for access to the system is approved, wherein each source server may be remote from the multi-access manager and is coupled to a respective information source. Each source server has authorized the user to access data received at the respective information source. A source server selection is received from the user. The request for data requests data accumulated at the information source coupled to the selected source server. The data is converted to a standard format, encrypted at the selected source server and transmitted from the selected source server to the user. Data can be provided either in generally immediate response to a request or, in the future, based on a schedule or the occurrence of a particular event.

**23 Claims, 2 Drawing Sheets**





FIG. 1
10
11
12
MULTI-ACCESS MANAGER
16
17
14
20
18
INFORMATION SOURCE
SOURCE SERVER
22




FIG. 2
MEMORY
48
WEB BROWSER
50
DATA BROKER
52
DISTRIBUTION MANAGER
54
FORMAT TRANSLATOR
DATABASE
44
PROCESSOR
46
42
SOURCE SERVER
14

FIG. 3


62
MULTI-ACCESS MANAGER
MEMORY
68
WEB BROWSER
70
ACCESS MANAGER
DATABASE
64
PROCESSOR
66
12


FIG. 4
START
100
ACCUMULATE DATA
102
RECEIVE ACCESS REQUEST
104
APPROVE ACCESS REQUEST?
NO
YES
106
DISPLAY CATALOGUE OF SOURCE SERVER(S)
108
RECEIVE SOURCE SERVER SELECTION
110
PROVIDE ACCESS TO SELECTED SOURCE SERVER
112
RECEIVE DATA REQUEST
114
TRANSLATE REQUESTED DATA
116
ENCRYPT REQUESTED DATA
118
TRANSMIT ENCRYPTED DATA
END
FIG. 5
START
ACCUMULATE DATA
200
STORE DATA IN A FORMAT
202
RECEIVE A REQUEST FOR THE DATA
204
RECEIVE A FORMAT REQUEST
206
TRANSLATE REQUESTED DATA TO REQUESTED FORMAT
208
TRANSMIT REQUESTED DATA IN REQUESTED FORMAT
210
END

# METHOD AND SYSTEM FOR INFORMATION MANAGEMENT AND DISTRIBUTION

## TECHNICAL FIELD OF THE INVENTION

The present invention relates generally to network systems and more particularly, to a method and system for information management and distribution.

## BACKGROUND OF THE INVENTION

Global network systems many times include private or special purpose networks at various locations each functioning to collect and communicate information throughout the global network systems. The private or special purpose networks may be located globally and may be developed and operated by different organizations. Centralized servers attached to the global network systems may be used to collect, execute and distribute the information. Different technologies may be used by the different private or special purpose networks to process distributed information. This can result in the collected information being stored in varying formats depending on which private or special purpose network is collecting and storing the information. To communicate the collected information from one private or special purpose network to another for utilization will be difficult if the format of collected or stored information is not made compatible with other private or special purpose networks.

## SUMMARY OF THE INVENTION

The present invention addresses many of the problems and disadvantages associated with prior information management and distribution systems and methods.

In accordance with a particular embodiment of the present invention, a method for managing and distributing information with a system comprises receiving a request for access to the system from a user at a multi-access manager and determining whether the request for access to the system is an approved request. The method further comprises displaying a catalogue of at least one source server if the request for access to the system is approved, wherein each source server is remote from the multi-access manager and is coupled to a respective information source. Each source server authorizes the user to access data received at a respective information source. The method includes receiving a source server selection from the user, wherein the source server selection comprises a source server selected from the catalogue of at least one source server. In addition, the method of the particular embodiment comprises providing access for the user to the selected source server and receiving a data request from the user at the selected source server. The data request includes data accumulated in a first format at the information source coupled to the selected source server. The method includes encrypting the data at the selected source server and transmitting the encrypted data from the selected source server to the user.

In accordance with another embodiment, a system for managing and distributing information comprises a multi-access manager operable to receive a request for access to the system from a user and determine whether the request for access to the system is an approved request. The system further comprises a plurality of source servers coupled to the multi-access manager, wherein each source server is remote from the multi-access manager. The system also includes a



plurality of information sources operable to accumulate data. Each of the information sources is coupled to a respective source server. The multi-access manager is further operable to display a catalogue of one or more of the plurality of source servers in response to an approved request for access. Each of the source servers in the catalogue has authorized the user to access data received at the coupled respective information source. The multi-access manager is further operable to receive a source server selection from the user, wherein the source server selection comprises a source server selected from the catalogue of one or more source servers. The multi-access manager is also operable to provide access for the user to the selected source server. The selected source server operates to receive a data request from the user, wherein the data request includes data accumulated in a first format at the information source coupled to the selected source server. The selected source server is also operable to encrypt the data and transmit the encrypted data to the user.

Technical advantages of particular embodiments of the present invention include a system and method that manages and distributes information using centralized management and decentralized execution. Accordingly, the system provides a user access to stored information accumulated at a plurality of remote servers while still maintaining centralized control and security over the information. The system may also be utilized with existing systems (both public and private networks) and information sources in order to reduce expenses related to utilization. The information may be provided to a user generally immediately in response to a request, on a particular schedule, in response to the occurrence of a particular event or at some other time in the future.

Another technical advantage of particular embodiments of the present invention includes a system and method for translating information collected in a variety of formats into one or more standard formats so that a user is able to view and manipulate the information. This allows a user to access and manipulate a wide variety of stored information in a timely manner despite the varying formats in which the information may be collected and stored.

Still another technical advantage of particular embodiments of the present invention is a system and method for information management and distribution having multi-tier security features. The security features protect both the system infrastructure and the information managed and stored on a multi-tiered basis. Accordingly, the risk of undesired access to or manipulation of the system and the information is reduced.

Other technical advantages will be readily apparent to one skilled in the art from the following figures, descriptions and claims. Moreover, while specific advantages have been enumerated above, various embodiments may include all, some or none of the enumerated advantages.

## BRIEF DESCRIPTION OF THE DRAWINGS

For a more complete understanding of particular embodiments of the invention and advantages thereof, reference is now made to the following descriptions, taken in conjunction with the accompanying drawings, wherein:

FIG. **1** illustrates a system including a multi-access manager and a plurality of source servers operable to manage and distribute information, in accordance with a particular embodiment of the present invention;

FIG. **2** illustrates a source server of a system, in accordance with a particular embodiment of the present invention;

FIG. **3** illustrates a multi-access manager of a system, in accordance with a particular embodiment of the present invention;

FIG. **4** illustrates a flow chart for managing and distributing information with a system, in accordance with another embodiment of the present invention; and

FIG. **5** illustrates a method for translating accumulated information into a standard format, in accordance with a particular embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** illustrates a network system **10** for information management and distribution in accordance with an embodiment of the present invention. Network system **10** includes a network **11** comprising a multi-access manager (MAM) **12**. MAM **12** is coupled to remote source servers **14** and to endpoints **22** through communication links **16** and nodes **17**. Each source server **14** is coupled to an information source **18** through communication links **20**. The teachings of the present invention provide a method and system for centralized management but decentralized execution of information distribution. Components of the system may be utilized in existing network systems.

Network **11** provides for the communication of information between source servers **14** and endpoints **22**. Network **11** may be implemented as a local area network (LAN), wide area network (WAN), global distributed network, such as the internet, an intranet or an extranet, or any other form of wireless or wireline network. Network **11** includes a plurality of communication links **16** and nodes **17** that couple MAM **12** with source servers **14** and endpoints **22**. Therefore, users of endpoints **22** are provided access to source servers **14** through MAM **12**. Nodes **17** may include any combination of network components, endpoints, gateways or other hardware, software or embedded logic implementing any number of communication protocols that allow for the exchange of information in network system **10**. Network **11** may include any number and combination of communication links **16** and nodes **17**.

MAM **12** provides control over access to network system **10** by users of endpoints **22** and provides means for requesting and granting access to information received by information sources **18**. MAM **12** may be included in any combination of software, firmware, hardware or other suitable components. In particular embodiments, MAM **12** may require less hardware resources than source servers **14**.

Source servers **14** manage access to information received and stored by information sources **18**. Each source server **14** is illustrated remote from MAM **12** such that communication between each source server **14** and MAM **12** occurs over communication links **16**. Each source server **14** may be located in a different geographic location than MAM **12**. Each source server **14** is configured to interface with the respective information source **18** coupled thereto. Source servers **14** control what information is accessible, when the information is accessible and how the information is translated and transmitted to a particular user of an endpoint **22**. A source server **14** receives information from an information source **18** coupled thereto, translates the information into standard formats, encrypts the information and transmits the information to one or more of the endpoints **22**.

Source servers **14** may limit information access to authorized users using information source-specific rules and permissions. Each source server **14** controls the external interface to a particular information source **18**. Other components of network system **10** are not directly connected to the external interface of an information source **18**, consequently users of network system **10** may not be able to send queries directly to the information source. Only authenticated users will have access to interact with source servers **14**. Each source server **14** will in turn interact with a respective information source **18**.

Source servers **14** include combinations of software, firmware, hardware or other suitable components. Component requirements of a particular source server **14** may depend on the amount of data a particular information source **18** provides. The decentralized architecture of source servers **14** minimizes a need for centralized servers for information source access, execution and distribution.

In particular embodiments, more than one source server **14** may be configured to run on the same set of hardware components. This is advantageous in situations where more than one information source **18** share common physical facilities. In this case, each source server **14** may be composed of separate instances of software components running on the same hardware components. In certain embodiments, each source server **14** instance is isolated from and invisible to other source server **14** instances running on the same hardware components. Thus, to a user accessing a particular source server **14** the appearance is that the user is accessing an isolated and autonomous unit. This ability to run more than one source server **14** instance using the same hardware components while keeping each source server **18** operationally isolated aids in reducing hardware costs while maintaining isolation and security.

Information sources **18** receive and collect information (also referred to herein as "data") to be managed by network system **10**. Information sources **18** typically include any combination of hardware or software operable to receive and collect information, such as from a sensor or a weapon system. Information sources **18** may also be operable to store the received and collected information. A particular information source **18** transmits collected information to a respective source server **14** using communication links **20** thereby enabling the information to be utilized by a users of endpoints **22**. Information may be collected and/or stored at information sources **18** in any of a variety of formats, and the formats in which the information is collected and/or stored may be different at different information sources **18**.

Endpoints **22** typically comprise any combinations of hardware, software and/or encoded logic that provide communication services to a user. For example, an endpoint **22** includes a computer with communication hardware, software and/or encoded logic that supports communication of information using network system **10**. Endpoints **22** may also include unattended or automated systems, gateways, other intermediate components or other devices that have the capability of establishing information management and utilization sessions. Although FIG. **1** illustrates a particular number and configuration of endpoints **22**, network system **10** contemplates any number or arrangement of endpoints **22** for information management and distribution.

An intelligent agent in one embodiment resides on both MAM **12** and each source server **14**. Both MAM **12** and source server **14** log access to all information resources by all system users. The intelligent agent uses these logs to determine if unintended or undesired use of the network system is occurring. The intelligent agent uses a rule-base residing in each system component to grant or deny future access when a user breaks certain rules. If a user has broken a rule, the user may be completely locked out of the network system.

The management of the network system **10** is centralized in MAM **12**, while the execution of the distribution of the

information is decentralized to source servers **14**. The MAM and source server components of the system may be coupled to existing information sources (both public and private networks). Thus, the network system **10** is adaptable to be utilized in existing information network systems utilizing varying component platforms.

Network system **10** also provides multiple-tier security features to protect the system infrastructure and the information collected and distributed by the system. One level of security provided by network system **10** resides with MAM **12**, since MAM **12** controls who has access to the system. Another level of security resides with source servers **14**. As described below, each source server **14** protects the information received by a respective information source **18** by restricting such information to users with access to that particular source server **14**. Other security features of network system **10**, such as encryption of transmitted data, are described below.

FIG. **2** illustrates a source server **14** in accordance with an embodiment of the present invention. Source server **14** includes a memory **42**, a database **44** and a processor **46**. Processor **46** is typically a microprocessor, controller or any other suitable computing device or resource. Memory **42** will usually be any form of volatile or non-volatile memory including, without limitation, magnetic media, optical media, random access memory (RAM), read-only memory (ROM), removable media or any other suitable memory component. Memory **42** includes components or software executable by processor **46**. Components of memory **42** may be otherwise combined and/or divided for processing within the scope of the present invention. In accordance with conventional architecture, the memory **42** includes a web browser **48**, a data broker **50**, a distribution manager **52** and a format translator **54**.

Database **44** acts as a storage vehicle for source server **14**. In particular embodiments, database **44** includes a catalogue of information products, lists of users that are allowed access to source server **14** and the limits of such accesses, logs of system activities, rules that govern special event handling, rules that govern translation of data into standard formats, schedules for data dissemination and event handling rules to manage receipt of data from the information source coupled to source server **14**. In particular embodiments, database **44** is not used to store information received at the respective information source **18**. Restricting the storing of information in the database **44** adds security to the network system and reduces the required database size and processing power.

Also included in the database **44** is a mapping of the types of information available at the information source **18** coupled to the particular source server **14**. Associated with all the information types are user-level access lists that determine the access of each user to each specific information type or each specific information item. Before any information is transmitted from the source server **14**, the source server database will be queried to determine if the intended recipient user has the proper access to the information. When access to information is approved, the information may be encrypted and transmitted to the user.

Data broker **50** aids in controlling the interface between a user and an information source **18**. Data transmitted from the information source **18** to source server **14** will be collected and handled by data broker **50**. Information may be collected from an information source **18** in any number of ways. For example, in particular embodiments all information received by an information source **18** would be transmitted to data broker **50**. In this situation, data broker **50** sorts through the



collected information to identify the information required or requested by a user. In this example, source server **14** may provide storage for collected information.

In other embodiments of the present invention, information may be transmitted from an information source **18** to data broker **50** when required and/or requested by a particular user. Still other embodiments allow a user to request a specific collection or generation of information and provide for a dialogue on the practicality of transmitting that information.

In operation, data broker **50** receives input parameters from a particular user through web browser **48**. The input parameters are translated into a format enabling transmission across the system to the information sources. The information source creates a query to match the parameters passed from data broker **50**. If any information or data matches the request, it will be returned using the same mechanism.

Information received by data broker **50** is transmitted to format translator **54**. Rules stored in database **44** contain the necessary data conversion routine to match the particular type of information. Format translator **54** converts or translates the information into one or more standard formats to enable a particular user to view and/or manipulate the information. For example, if the information includes images, the images may be converted to a jpeg, gif and/or bitmap format.

Distribution manager **52** controls when, how and to whom the information is transmitted. When collected information has been translated and is ready for distribution to a particular user, distribution manager **52** queries the rules and permissions of database **44** to determine the approved recipients of the information. Thus, an administrator responsible for a particular source server maintains control over the access to the information accessible through that particular source server. When the recipient list is finalized, the requested information will be encrypted using a public/private key encryption system for each product category. The encrypted information is then transmitted to the user.

Each user of the network system will have a private key and a public key. Information is encrypted by distribution manager **52** using the particular public encryption key assigned to a user. The particular user who holds the key that matches the public key used to encrypt the information will be able to decrypt the information. In particular embodiments of the present invention that utilize multi-casting or broadcasting, the encryption process may involve key assignments to information products or groups of products instead of to individual users. An example of the encryption process utilizes high encryption bit-rates to ensure the protection of the transmitted information. The encryption process described herein may be utilized in addition to other encryption processes existing on systems or components of the network system.

Web browser **48** provides an interface for user interactions with the network system **10**. Web browser **48** provides user authentication, display of user accessible information products and the locations thereof within the system, administration of user access permissions and access requests, user and data item permission administration and data dissemination scheduling and event handling administration. Using a web browser as the interface for user interactions with the network system may minimize the amount and level of user training to access and utilize the network system.

Components of source server **14** will be implemented using any suitable combination of software, firmware, hard-

ware or other suitable components. Software components of source server **14** may be implemented according to any suitable software methodologies. For example, data broker **50** and format translator **42** are implemented using object-oriented software methodologies or constructs.

FIG. **3** illustrates the MAM **12** in accordance with an embodiment of the present invention. MAM **12** includes a memory **62**, a database **64** and a processor **66**. Processor **66** conventionally comprises a microprocessor, controller or any other suitable computing device or resource. Memory **62**, for example, is any form of volatile or non-volatile memory including, without limitation, magnetic media, optical media, random access memory (RAM), read-only memory (ROM), removable media or any other suitable memory component. Memory **62** includes components or software executable by processor **66**. Components of memory **62** are combined and/or divided for processing within the scope of the present invention. Memory **62** includes a web browser **68** and an access manager **70**.

Database **64** acts as a storage vehicle for MAM **12**. In particular embodiments, database **64** includes a catalogue of source servers and the information each source server has access to, logs of MAM **12** and system activities, lists of users allowed access to the network system and the limits of those accesses (such as the source servers each user has been authorized to access) and rules that govern system behavior, such as rules determining when and how information may be transmitted to particular users.

Access manager **70** controls access to MAM **12** and the network system and provides means for requesting and granting access to information received by information sources coupled to source servers **14**. In order to gain access to the network system, a user must first be authenticated by access manager **70**. The access manager **70** maintains a separate and distinct database of user-level rules and permissions, in database **64**. MAM **12**, through access manager **70**, acts as the first gateway to grant access to information sources **18**. To be a user of the network system **10**, a user must first be registered in database **64**. MAM **12** also contains a record of source servers **14** (and respective information sources) each specific user has permission to access. Access manager **70** will only display information regarding the existence of a source server/information source that a user has been granted access to use. In other words, access manager **70** acts as a search engine of information sources that will display a filtered list of all the possible information sources. A user will normally not be able to directly access a source server **14** without first accessing MAM **12**. Thus, the user must first pass through the security checks resident in the MAM **12** before having access to the source servers **14** that MAM **12** provides.

Web browser **68** provides an interface for user interactions with MAM **12**. Web browser **68** provides user authentication, display of user accessible source servers and information products, administration of user access permissions and access requests, user and data item permission administration and data dissemination scheduling and event handling administration. Using a web browser as the interface for user interactions with the MAM **12** minimizes the amount and level of user training to access and utilize the network system.

FIG. **4** illustrates a method for managing and distributing information with a system, in accordance with a particular embodiment of the present invention. The method begins at step **100**, where data is accumulated at an information source **18**. At step **102**, an access request is received at MAM **12** from a user. The user may utilize an endpoint **22** to make such a request. At step **104**, MAM **12** either approves or denies the access request. MAM **12** approves or denies the request based on the data stored in a database of MAM **12** to determine whether the particular user requesting access is listed as an authorized user. If the access request is denied, then the method ends. However, if the access request is granted, then the method proceeds to step **106** where a catalogue of accessible source server(s) **14** is displayed.

Each source server **14** displayed in the catalogue is usually remote from MAM **12** and is coupled to a respective information source **18**. Each source server **14** in the catalogue has also authorized the particular user that was granted access to the source server to access data stored at the respective information source **18** coupled to the particular source server **14**.

At step **108**, a source server selection is received from the user that was granted access. The selected source server is selected from the catalogue of accessible source servers **14** displayed by MAM **12**. The user selects the source server **14** based on the type of information the user desires to access and the type of information available to the selected source server through the information source **18** coupled to the selected source server.

If the user that has been granted access to the system desires to access a source server **14** not on the catalogue of accessible source servers provided by MAM **12**, then the user may request access to a particular source server **14**. In such a case, MAM **12** forwards the request to the particular source server **14**, and the particular source server either grants or denies such access request. If the access request to the particular source server is granted, then MAM **12** may add that particular source server to the catalogue of accessible source servers displayed to the user as authorized to obtain information.

At step **110**, MAM **12** provides access for the user to the selected source server **14**. At step **112**, the selected source server **14** receives a data request from the user. The data request is for data stored in the information source **18** coupled to the selected source server. When requested, the data may exist in a certain format. At step **114**, the requested data is translated at the selected source server **14** to a different format. The format to which the data is translated may be a standard format so that the user is able to view and manipulate the data. In particular embodiments, the format to which the data is translated may be inherent in the data request from the user. It should be understood that in particular embodiments, the data may be translated to a different format before the data is requested by a user.

At step **116**, the data is encrypted at the selected source server. The data is encrypted for protection during subsequent transmission to the user. At step **118**, the encrypted data is transmitted to the user. The data may be transmitted to the user generally immediately in response to the request, on a regular schedule, in response to the occurrence of a particular event or at some other time in the future. The user may receive the data at the particular endpoint **22** through which the user accessed the network system **10**.

FIG. **5** illustrates a method for translating accumulated information into a standard format, in accordance with a particular embodiment of the present invention. The method begins at step **200**, where data is accumulated at an information source **18**. At step **202**, the data is stored in a format at the information source **18** where the data was collected. Other information sources **18** may accumulate and store data in different formats, and data may be accumulated and stored

in different formats at one particular information source **18**. In particular embodiments, the format in which the data is stored does not comprise a format that enables a user to manipulate the data. At step **204**, a source server **14** coupled to the information source **18** which accumulated and stored the data receives a request for the accumulated and stored data. The user utilizes an endpoint **22** to make such a request.

At step **206**, the source server **14** receives a format request from the user. The format request comprises a format to which the user desires the requested data to be translated. In some embodiments, the format request may comprise a format selected by the user from a catalogue of standard formats provided by the source server **14**. In particular embodiments, the format request comprises a standard format that would enable the user to view and/or manipulate the requested data. For example, if the requested data comprises images, the format request may comprise a jpeg, gif and/or bitmap format. In particular embodiments, the user may not transmit a format request. In such instances, the format to which the requested data will be translated may be intrinsic to the request for the accumulated and stored data.

At step **208**, the requested data is translated to the requested format at the source server **14** which received the data and format requests. At step **210**, the requested data is transmitted to the user in the requested format. The user may receive the data at the particular endpoint **22** through which the user requested the data. In particular embodiments, the requested and translated data is encrypted before transmission to the user.

Although the present invention has been described in detail, various changes and modifications may be suggested to one skilled in the art. It is intended that the present invention encompass such changes and modifications as falling within the scope of the appended claims.

What is claimed is:

**1**. A method for managing and distributing information with a system, comprising:

receiving from a user at a multi-access manager a request for access to the system;

determining whether the request for access to the system comprises an approved access at the multi-access manager;

displaying in response to an approved access a catalogue of at least one source server, wherein each source server couples to a respective information source, and wherein each source server has authorized the user to access data stored at the coupled respective information source;

receiving a source server selection from the user, wherein the source server selection comprises a source server selected from the catalogue of at least one source server;

providing access for the user to the selected source server;

receiving a request from the user for data at the selected source server, wherein the request for data requests data accumulated in a first format at the information source coupled to the selected source server; and

transmitting the data from the selected source server to the user.

**2**. The method of claim **1**, further comprising encrypting the data at the selected source server, and wherein transmitting the data comprises transmitting the encrypted data.

**3**. The method of claim **2**, wherein encrypting the data at the selected source server comprises encrypting the data at the selected source server using a key based encryption system.

**4**. The method of claim **2**, further comprising translating the data from the first format to a standard format at the selected source server, and wherein transmitting the encrypted data comprises transmitting the encrypted data in the standard format.

**5**. The method of claim **4**, further comprising receiving a format request from the user, wherein the format request comprises the standard format.

**6**. The method of claim **4**, further comprising:

receiving a second source server selection from the user, wherein the second source server selection comprises a second source server selected from the catalogue of at least one source server;

providing access for the user to the second selected source server;

receiving a second request from the user for data at the second selected source server, wherein the second request for data requests data accumulated in a second format at the information source coupled to the second selected source server;

translating the data requested in the second request from the second format to the standard format at the second selected source server;

encrypting the data requested in the second request at the second selected source server; and

transmitting the encrypted data requested in the second request from the second selected source server to the user in the standard format.

**7**. The method of claim **4**, wherein translating the data from the first format to a standard format comprises translating the data from the first format to a data format to enable the data to be manipulated by the user.

**8**. The method of claim **1**, further comprising:

receiving a request for access to a new source server from the user at the multi-access manager not included in the catalogue of at least one source server, and wherein the new source server couples to a respective information source;

forwarding the request for access to a new source server to the new source server; determining if the request for access to the new source server has approval at the new source server; and

adding the new source server to the catalogue of at least one source server if the request for access to the new source server has approval at the new source server.

**9**. A system for managing and distributing information, comprising:

a multi-access manager operable to receive a request for access to the system from a user and determine if the request for access to the system comprises an approved request;

a plurality of source servers coupled to the multi-access manager;

a plurality of information sources operable to accumulate data, wherein each of the plurality of information sources couples to a respective source server of the plurality of source servers;

wherein the multi-access manager further operates to:

activate an endpoint to display a catalogue of one or more source servers from the plurality of source servers upon approval of the request for access to the system, wherein each of the one or more source servers has authorized the user to access data stored at a respective information source;

receive a source server selection from the user, wherein the source server selection comprises a source server selected from the catalogue of one or more source servers; and

provide access for the user to the selected source server; and

wherein the selected source server operates to:

receive a request for data from the user, wherein the request for data requests data accumulated in a first format at the information source coupled to the selected source server; and

transmit the data to the user.

**10**. The system of claim **9**, wherein the selected source server further operates to encrypt the data, and wherein transmitting the data comprises transmitting the encrypted data.

**11**. The system of claim **10**, wherein encrypting the data comprises encrypting the data using a key based encryption system.

**12**. The system of claim **10**, wherein the selected source server further operates to translate the data from the first format to a standard format, and wherein transmitting the encrypted data comprises transmitting the encrypted data in the standard format.

**13**. The system of claim **12**, wherein the selected source server further operates to receive a format request from the user, wherein the format request comprises the standard format.

**14**. The system of claim **12**, wherein:

the multi-access manager further operates to:

receive a second source server selection from the user, wherein the second source server selection comprises a second source server selected from the catalogue of one or more source servers; and

provide access for the user to the second selected source server; and

the second selected source server is operable to:

receive a second request for data from the user, wherein the second request for data requests data accumulated in a second format at the information source coupled to the second selected source server;

translate the data requested in the second request from the second format to the standard format;

encrypt the data requested in the second request; and

transmit the encrypted data requested in the second request to the user in the standard format.

**15**. The system of claim **12**, wherein translating the data from the first format to a standard format comprises translating the data from the first format to a data format to enable the data to be manipulated by the user.

**16**. The system of claim **9**, wherein the multi-access manager further operates to:

receive a request for access to a new source server of the plurality of source servers from the user not included in the catalogue of one or more source servers;

forward to the new source server the request for access to a new source server; and

add the new source server to the catalogue of one or more source servers if the request for access to the new source server has approval at the new source server.

**17**. An apparatus for managing and distributing information, comprising:

means for receiving from a user at a multi-access manager a request for access to the system;

means for determining whether the request for access to the system comprises an approved access at the multi-access manager;

means for displaying in response to an approved access a catalogue of at least one source server, wherein each source server couples to a respective information source, and wherein each source server has authorized the user to access data stored at the coupled respective information source;



means for receiving a source server selection from the user, wherein the source server selection comprises a source server selected from the catalogue of at least one source server; and

means for providing access for the user to the selected source server;

means for receiving a request from the user for data at the selected source server, wherein the request for data requests data accumulated in a first format at the information source coupled to the selected source server; and

means for transmitting the data from the selected source server to the user.

**18**. The apparatus of claim **17**, further comprising means for encrypting the data at the selected source server, and wherein means for transmitting the data comprises means for transmitting the encrypted data.

**19**. The apparatus of claim **18**, further comprising means for translating the data from the first format to a standard format at the selected source server, and wherein means for transmitting the encrypted data comprises means for transmitting the encrypted data in the standard format.

**20**. Logic encoded in media for managing and distributing information, the logic operable to perform the following steps:

receive from a user at a multi-access manager a request for access to the system;

determine whether the request for access to the system comprises an approved access at the multi-access manager;

display in response to an approved access a catalogue of at least one source server, wherein each source server couples to a respective information source, and wherein each source server has authorized the user to access data stored at the coupled respective information source;

receive a source server selection from the user, wherein the source server selection comprises a source server selected from the catalogue of at least one source server; and

provide access for the user to the selected source server;

receive a request from the user for data at the selected source server, wherein the request for data requests data accumulated in a first format at the information source coupled to the selected source server; and

transmit the data from the selected source server to the user.

**21**. The logic encoded in media of claim **20**, wherein the logic is further operable to encrypt the data at the selected source server, and wherein logic operable to transmit the data comprises logic operable to transmit the encrypted data.

**22**. The logic encoded in media of claim **21**, wherein the logic is further operable to translate the data from the first format to a standard format at the selected source server, and wherein logic operable to transmit the encrypted data comprises logic operable to transmit the encrypted data in the standard format.

**23**. A method for managing and distributing information with a system, comprising:

receiving from a user at a multi-access manager a request for access to the system;

determining whether the request for access to the system comprises an approved access at the multi-access manager;

displaying in response to an approved access a catalogue of at least one source server, wherein each source server couples to a respective information source, and wherein each source server has authorized the user to access data stored at the coupled respective information source;

receiving a source server selection from the user, wherein the source server selection comprises a source server selected from the catalogue of at least one source server;

providing access for the user to the selected source server;

receiving a request from the user for data at the selected source server, wherein the request for data requests data accumulated in a first format at the information source coupled to the selected source server;

querying a database of the selected source server to determine if the user has approved access to the requested data; and

transmitting the data from the selected source server to the user in response to an approved access to the requested data.

* * * * *