# EXHIBIT E

US008122004B2

(12) **United States Patent**
Hedge et al.

(10) Patent No.: **US 8,122,004 B2**
(45) Date of Patent: **\*Feb. 21, 2012**

(54) **GENERATING AND PROVIDING RICH MEDIA PRESENTATIONS OPTIMIZED FOR A DEVICE OVER A NETWORK**

(75) Inventors: **Kiran Venkatesh Hedge**, Redmond, WA (US); **Raymond Edward McGrath, III**, Bellevue, WA (US); **Jason Matthew Walter Kind**, Bothell, WA (US); **Eric Kane Krause**, Woodinville, WA (US); **Josiah DeWitt**, Renton, WA (US)

(73) Assignee: **Dandia Audio KG Limited Liability Company**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/605,830**

(22) Filed: **Oct. 26, 2009**

(65) **Prior Publication Data**

US 2010/0100636 A1      Apr. 22, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 11/603,381, filed on Nov. 21, 2006, now Pat. No. 7,818,321, which is a continuation of application No. 10/046,135, filed on Jan. 11, 2002, now Pat. No. 7,155,436.

(60) Provisional application No. 60/261,712, filed on Jan. 12, 2001.

(51) **Int. Cl.**
*G06F 7/00*      (2006.01)
*G06F 17/30*      (2006.01)

(52) **U.S. Cl.** ........ **707/709**; 707/770; 715/234; 715/243; 709/207; 709/220; 709/226

(58) **Field of Classification Search** .................. 707/770, 707/709; 715/234, 243; 709/201, 224, 231, 709/207, 223, 226
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,666,554 A | 9/1997 | Tanaka | |
| 5,727,157 A | 3/1998 | Orr et al. | |
| 5,758,083 A * | 5/1998 | Singh et al. | 709/223 |
| 5,764,241 A | 6/1998 | Elliott et al. | |
| 5,764,895 A * | 6/1998 | Chung | 709/250 |
| 5,818,436 A | 10/1998 | Imai et al. | |
| 5,852,800 A | 12/1998 | Modeste et al. | |
| 5,892,915 A | 4/1999 | Duso et al. | |

(Continued)

OTHER PUBLICATIONS

Hemant Kanakia & David Cheriton—"Universal Network Device Interface Protocol (UNDIP)"—Local Computer networks, 1988, Proceedings of the 13th Confrence on Local Computer Network, Oct. 10-12, 1998 (pp. 301-309-1-9).*

(Continued)

Primary Examiner — Jean B Fleurantin
Assistant Examiner — Anh Ly

(57) **ABSTRACT**

Generating and providing rich media presentations to a requesting device is described. Attributes of the requesting device are determined and used to create optimized code for the requesting device. The attributes may include information relating to the operating system of the requesting device; a media player; a bandwidth parameter; presence or absence of a firewall, permissions related to the requesting device, and the like. A virtual player is created that includes code to play media files. A presentation package is created that sets the presentation attributes for the multimedia experience. A media package is created that instructs the virtual player what multimedia content to play.

**25 Claims, 14 Drawing Sheets**



# US 8,122,004 B2
Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,943,046 | A | | 8/1999 | Cave et al. |
| 5,996,015 | A | | 11/1999 | Day et al. |
| 6,003,041 | A | | 12/1999 | Wugofski |
| 6,046,750 | A | | 4/2000 | Fitzpatrick et al. |
| 6,049,828 | A | | 4/2000 | Dev et al. |
| 6,108,549 | A | * | 8/2000 | Bonta ............................ 455/433 |
| 6,248,649 | B1 | | 6/2001 | Henley et al. |
| 6,248,946 | B1 | | 6/2001 | Dwek |
| 6,262,724 | B1 | * | 7/2001 | Crow et al. ................. 715/723 |
| 6,282,548 | B1 | * | 8/2001 | Burner et al. ......... 707/999.005 |
| 6,356,921 | B1 | | 3/2002 | Kumar et al. |
| 6,421,692 | B1 | | 7/2002 | Milne et al. |
| 6,446,080 | B1 | | 9/2002 | Van Ryzin et al. |
| 6,446,130 | B1 | * | 9/2002 | Grapes ............................ 709/231 |
| 6,448,980 | B1 | | 9/2002 | Kumar et al. |
| 6,496,981 | B1 | | 12/2002 | Wistendahl et al. |
| 6,535,888 | B1 | | 3/2003 | Vijayan et al. |
| 6,546,558 | B1 | | 4/2003 | Taguchi |
| 6,553,413 | B1 | | 4/2003 | Leighton et al. |
| 6,567,918 | B1 | | 5/2003 | Flynn et al. |
| 6,598,075 | B1 | | 7/2003 | Ogdon et al. |
| 6,601,009 | B2 | | 7/2003 | Florschuetz |
| RE38,284 | E | | 10/2003 | Allen et al. |
| 6,637,031 | B1 | | 10/2003 | Chou |
| 6,651,066 | B2 | * | 11/2003 | Baxter et al. ........... 707/999.01 |
| 6,745,368 | B1 | | 6/2004 | Boucher et al. |
| 6,834,308 | B1 | | 12/2004 | Ikezoye et al. |
| 6,948,131 | B1 | | 9/2005 | Neven et al. |
| 6,985,934 | B1 | * | 1/2006 | Armstrong et al. .......... 709/231 |
| 7,010,580 | B1 | | 3/2006 | Fu et al. |
| 7,111,057 | B1 | * | 9/2006 | Sherman et al. ............ 709/223 |
| 7,133,837 | B1 | | 11/2006 | Barnes, Jr. |
| 7,155,436 | B2 | | 12/2006 | Hegde et al. |
| 7,233,948 | B1 | | 6/2007 | Shamoon et al. |
| 7,240,100 | B1 | | 7/2007 | Wein et al. |
| 7,299,291 | B1 | | 11/2007 | Shaw |
| 7,308,487 | B1 | | 12/2007 | Dansie et al. |
| 7,386,784 | B2 | | 6/2008 | Capps et al. |
| 7,469,283 | B2 | * | 12/2008 | Eyal et al. .................... 709/223 |
| 7,596,619 | B2 | * | 9/2009 | Leighton et al. ............ 709/226 |
| 7,600,014 | B2 | * | 10/2009 | Russell et al. ............... 709/224 |
| 2001/0029523 | A1 | | 10/2001 | Mcternan et al. |
| 2001/0047348 | A1 | | 11/2001 | Davis |
| 2001/0047422 | A1 | | 11/2001 | McTernan et al. |
| 2002/0019831 | A1 | * | 2/2002 | Wade ............................ 707/500 |
| 2002/0082730 | A1 | | 6/2002 | Capps et al. |
| 2002/0083138 | A1 | | 6/2002 | Wilson et al. |
| 2002/0099818 | A1 | * | 7/2002 | Russell et al. ............... 709/224 |
| 2002/0124100 | A1 | | 9/2002 | Adams |
| 2002/0129052 | A1 | | 9/2002 | Glazer et al. |
| 2002/0129089 | A1 | | 9/2002 | Hegde et al. |
| 2002/0169797 | A1 | | 11/2002 | Hegde et al. |
| 2002/0198953 | A1 | | 12/2002 | O'Rourke et al. |
| 2003/0028565 | A1 | * | 2/2003 | Landsman et al. ............ 707/513 |
| 2003/0187811 | A1 | | 10/2003 | Chang et al. |
| 2003/0191816 | A1 | | 10/2003 | Landress et al. |
| 2004/0006592 | A1 | | 1/2004 | Chang et al. |
| 2004/0090466 | A1 | | 5/2004 | Loveria, III |
| 2005/0004838 | A1 | * | 1/2005 | Perkowski et al. ............ 705/14 |
| 2005/0044189 | A1 | | 2/2005 | Ikezoye et al. |
| 2005/0081159 | A1 | | 4/2005 | Gupta et al. |
| 2005/0165842 | A1 | | 7/2005 | Nishimura et al. |
| 2005/0165843 | A1 | | 7/2005 | Capps et al. |
| 2005/0166136 | A1 | | 7/2005 | Capps et al. |
| 2005/0256941 | A1 | * | 11/2005 | Armstrong et al. ........... 709/219 |
| 2006/0015904 | A1 | * | 1/2006 | Marcus ........................... 725/46 |
| 2006/0026665 | A1 | | 2/2006 | Rodriguez et al. |
| 2006/0064645 | A1 | | 3/2006 | Neven et al. |
| 2006/0212361 | A1 | * | 9/2006 | Perkowski ...................... 705/26 |
| 2007/0061845 | A1 | * | 3/2007 | Barnes ........................... 725/62 |
| 2007/0174442 | A1 | * | 7/2007 | Sherman et al. .............. 709/223 |
| 2007/0234196 | A1 | | 10/2007 | Nicol et al. |
| 2007/0288588 | A1 | * | 12/2007 | Wein et al. .................... 709/214 |
| 2008/0134018 | A1 | * | 6/2008 | Kembel et al. ................ 715/234 |
| 2008/0134342 | A1 | | 6/2008 | Shamoon et al. |
| 2008/0222243 | A1 | | 9/2008 | Shaw |
| 2008/0235106 | A1 | * | 9/2008 | Reisman .......................... 707/10 |
| 2009/0177742 | A1 | | 7/2009 | Rhoads et al. |

## OTHER PUBLICATIONS

Fasbender et al.—"Any Network, Any Terminal, Anywhere"—Personal Communications, IEEE, vol. 6, Issue: 2, Apr. 1999 (pp. 22-30).*

"Final Office Action", U.S. Appl. No. 10/084,258, (Mar. 2, 2010), 10 pages.

"Non-Final Office Action", U.S. Appl. No. 11/603,381, (Jan. 15, 2010), 15 pages.

"Non Final Office Action", U.S. Appl. No. 10/084,258, (May 5, 2010), 10 pages.

"Notice of Allowance", U.S. Appl. No. 11/603,381, (Jul. 13, 2010), 5 pages.

Bates, John et al., "Supporting Interactive Presentation Distributed Multimedia Applications", Multimedia Tools and Applications Journal, vol. 1, No. 1, (Mar. 1995), pp. 47-78.

Hollan, James et al., "Distributed Cognition: Toward a New Foundation for Human-Computer Interaction Research", ACM Transactions on Computer-Human Interaction (TOCHI), vol. 7, No. 2, (Jun. 2000), pp. 174-196.

Kumar, Keeranoor G., et al., "The HotMedia Architecture: Progressive and Interactive Rich Media for the Internet", Internet Media Group, IBM Corp.—IEEE Transactions on Multimedia, vol. 3, No. 2,(Jun. 2001), pp. 253-267.

"Final Office Action", U.S. Appl. No. 10/084,258, (Mar. 31, 2009), 10 pages.

"Final Office Action", U.S. Appl. No. 11/603,381, (Aug. 17, 2009), 14 pages.

"Non Final Office Action", U.S. Appl. No. 11/603,381, 14 pages.

"Non Final Office Action", U.S. Appl. No. 10/084,258, (Sep. 4, 2009), 10 pages.

"Non Final Office Action", U.S. Appl. No. 10/084,258, (Oct. 15, 2010),11 pages.

Non-final Office Action issued in U.S. Appl. No. 10/084,258 and mailed Feb. 11, 2011.

Notice of Allowance issued in U.S. Appl. No. 10/084,258 and mailed Jun. 16, 2011.

* cited by examiner



*Fig.1*



*Fig.2*



*Fig.3*



*Fig.4*



*Fig. 5*



*Fig. 6*



*Fig.7*



*Fig.8*



*Fig.9*



*Fig.10*



*Fig.11*

**U.S. Patent**          Feb. 21, 2012          Sheet 12 of 14          US 8,122,004 B2



*Fig.12*

**U.S. Patent**          Feb. 21, 2012          Sheet 13 of 14          US 8,122,004 B2



*Fig.13*



**Fig.14**

US 8,122,004 B2

1

**GENERATING AND PROVIDING RICH
MEDIA PRESENTATIONS OPTIMIZED FOR A
DEVICE OVER A NETWORK**

RELATED APPLICATIONS

This application is a continuation of and claims the benefit under 35 U.S.C. §120 to U.S. patent application Ser. No. 11/603,381, filed Nov. 21, 2006 and now U.S. Pat. No. 7,818, 321, which is a continuation of and claims the benefit under 35 U.S.C. §120 to U.S. patent application Ser. No. 10/046, 135, filed Jan. 11, 2002 and now U.S. Pat. No. 7,155,436, which claims the benefit under 35 U.S.C. §119(e) of U.S. Provisional Application Ser. No. 60/261,712, filed Jan. 12, 2001, the disclosures of which are incorporated by reference herein in their entirety.

BACKGROUND

The Internet has seen expansive growth over the last several years. Not only are there more Web sites providing a wide range of information, service, and goods, there are more users on the Internet than ever before.

Today, users may experience multimedia clips, purchase goods, access the world's news as it happens, obtain reviews on various items or products in a variety of formats, or access a variety of resources all on the Internet. For example, a user may read product reviews, view pictures of a product, or in some instances, watch a video presentation related to the product.

In order to access the available resources, however, Internet users are exposed to a variety of different media types while visiting a Web site. Not only may users access textual information, they may also view graphical images, or watch multimedia presentations, including audio and video, that may be streamed or downloaded. The steps required to access this media, however, may be overwhelming to many of the users. Not only do certain sites require users to use particular products to access the media, many sites require the user to know the configuration of their system in order to play certain media files. For example, a user may have to download a particular media player, upgrade to a different version, or know the particular programs they are using on their system. With so many available options to access and play media files, users are constantly bombarded with different requirements.

Another requirement to view many multimedia sites is a high bandwidth connection to the Internet. Many sites rely on the user having a high bandwidth when streaming media to the user. While the majority of businesses today have access to broadband, the majority of home users connect to the Internet through a low speed dial-up modem resulting in a poor multimedia experience.

SUMMARY

Methods and systems for providing rich media presentations to a network device are discussed herein.

According to one embodiment, virtual player packages are delivered to a device over a network. The virtual player packages are delivered to the requesting device in an optimized manner.

According to another embodiment, attributes of the device are determined. The attributes may include information relating to the operating system of the device; a preferred media player; a bandwidth parameter; presence or absence of a firewall, permissions related to the requesting device, and the like.

2

According to yet another embodiment, rich media presentations, including a virtual player, presentation packages, and media packages, are provided to the requesting device. The creation of the rich media presentations is partly based on the determined attributes and is directed at being optimized for the requesting device.

According to still yet another embodiment, the rich media presentations may be delivered to the device before a request is made by the device to play the presentation.

According to still yet another embodiment, the rich media presentations are retrieved from a location on the network that is directed at providing optimized throughput to the requesting device. When the rich media presentations are cached at the location on the network, the rich media presentations are delivered to the device. Otherwise, the appropriate rich media presentations are created for the device, and the rich media presentations are cached for future delivery. Alternatively, the rich media presentations may be generated in real-time and delivered.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a schematic diagram of an example network overview, in which one or more embodiments may operate.

FIG. 2 shows a schematic diagram illustrating an example system overview in which local area networks and a wide area network are interconnected by routers.

FIG. 3 illustrates a schematic diagram of an example server.

FIG. 4 shows a schematic diagram of an example network device.

FIG. 5 illustrates a functional block diagram showing an on-demand content delivery system using a CDN.

FIG. 6 illustrates a schematic diagram of a rich media presentation system;

FIG. 7 shows an overview of the rich media presentation system.

FIG. 8 illustrates an attribute inquiry system containing a set of example basic attributes of network devices.

FIG. 9 shows an overview process of providing rich media presentations to an authorized network device.

FIG. 10 illustrates a process for determining attributes related to a network device.

FIG. 11 shows a process for retrieving additional attributes from a device.

FIG. 12 illustrates a process for selecting a content provider to provide a rich media presentation to a device.

FIG. 13 shows a process for providing rich media presentations to a device.

FIG. 14 shows a process for an e-retailer to create and modify rich media presentations; in accordance with one or more embodiments.

DETAILED DESCRIPTION

In the following detailed description of example embodiments, reference is made to the accompanied drawings, which form a part hereof, and which is shown by way of illustration, specific example embodiments. Each embodiment is described in detail to enable those skilled in the art to practice the described embodiments, and it is to be understood that other embodiments may be utilized, and other changes may be made, without departing from the spirit or scope of the described embodiments. The following detailed description is, therefore, not to be taken in a limiting sense,

US 8,122,004 B2

3

and the scope of the appended claims is not limited to the example embodiments described herein.

Throughout the specification and claims, the following terms take the meanings explicitly associated herein, unless the context clearly dictates otherwise. The term "rich media presentation" includes a virtual player, presentation package, and media package. The term "virtual player" means a set of proxy codes that are implemented at runtime with code optimized specifically to the device in question to play media content. The term "presentation package" means attributes that offer a way to dynamically and remotely control user experience for wide-ranging streaming media playback devices that correspond to display and presentation of media. The term "media package" means a way to dynamically and remotely control varying types of media content to a wide range of network media playback devices without having to deal with the specifics of each device nor the streaming server network protocols. The term "provider" means the party that provides the rich media presentations to a device. The term "e-retailer" means a party that has an affiliation with the provider. Referring to the drawings, like numbers indicate like parts throughout the views. Additionally, a reference to the singular includes a reference to the plural unless otherwise stated or is inconsistent with the disclosure herein.

Illustrative Operating Environment

With reference to FIG. 1, an example system includes wireless mobile devices 105-108, wireless network 110, gateway 115, one or more content delivery networks (CDN) 120, wide area network (WAN)/local area network (LAN) 200, one or more network devices 130, and one or more world wide web (WWW) origin servers 300.

Wireless devices 105-108, are coupled to wireless network 110 and are described in more detail in conjunction with FIG. 4. Generally, mobile devices 105-108 include any device capable of connecting to a wireless network such as wireless network 110. Such devices include cellular telephones, smart phones, pagers, radio frequency (RF) devices, infrared (IR) devices, citizen band radios (CBs), integrated devices combining one or more of the preceding devices, and the like. Mobile devices 105-108 may also include other devices that have a wireless interface such as PDAs, handheld computers, personal computers, multiprocessor systems, microprocessor-based or programmable consumer electronics, network PCs, wearable computers, and the like.

Wireless network 110 transports information to and from devices capable of wireless communication, such as mobile devices 105-108. Wireless network 110 may include both wireless and wired components. For example, wireless network 110 may include a cellular tower linked to a wired telephone network. Typically, the cellular tower carries communication to and from cell phones, pagers, and other wireless devices, and the wired telephone network carries communication to regular phones, long-distance communication links, and the like.

Wireless network 110 is coupled to WAN/LAN through gateway 115. Gateway 115 routes information between wireless network 110 and WAN/LAN 200. For example, a user using a wireless device may browse the Internet by calling a certain number or tuning to a particular frequency. Upon receipt of the number, wireless network 110 is configured to pass information between the wireless device and gateway 115. Gateway 115 may translate requests for web pages from wireless devices to hypertext transfer protocol (HTTP) messages, which may then be sent to WAN/LAN 200. Gateway 115 may then translate responses to such messages into a form compatible with the requesting device. Gateway 115 may also transform other messages sent from wireless

4

devices 105-108 into information suitable for WAN/LAN 200, such as e-mail, audio, voice communication, contact databases, calendars, appointments, and the like.

Typically, WAN/LAN 200 transmits information between computing devices as described in more detail in conjunction with FIG. 2. One example of a WAN is the Internet, which connects millions of computers over a host of gateways, routers, switches, hubs, and the like. An example of a LAN is a network used to connect computers in a single office. A WAN may connect multiple LANs.

Content delivery network (CDN) 120 is coupled to WAN/LAN 200 through communication mediums. CDN 120 may include many types of CDNs. For example, CDN 120 may include audio/video CDNs 122 designed to optimally deliver audio and video or script/data CDNs 124 designed to optimally deliver script or data to the requesting device. CDNs use various techniques to improve the performance of content delivery for Web sites. They may increase reliability of a web site by providing mirrored content across distributed servers and provide increased bandwidth as compared to a single server. CDNs may also employ various caching techniques to increase the end user's performance. Content may be pushed to the edges of the network to minimize delay associated with retrieving the content. Load balancing may also be used to help route a user's request for content to the best available content source. Typically, a web site subscribes to a CDN and instructs the CDN how to deliver its content. The subscribing web site may serve some content on its own avoiding the CDN and use the CDN to serve other content. While CDNs are typically used for WAN/LAN applications, the technology may be applied to intranets and extranets as well.

WWW origin servers 300 are coupled to WAN/LAN 200 through communication mediums. WWW origin servers 300 provide access to information and services as described in more detail in conjunction with FIG. 3.

Network device 130 is coupled to WAN/LAN 200 and is described in more detail in conjunction with FIG. 4. Generally, network device 130 includes any device capable of connecting to a data network, and includes the functionality to play media included in a media playlist.

FIG. 2 shows another example system in which a number of local area networks ("LANs") $220_{a-d}$ and wide area networks ("WANs") 230 are interconnected by routers 210. Routers 210 are intermediary devices on a communications network that expedite message delivery. On a single network linking many computers through a mesh of possible connections, a router receives transmitted messages and forwards them to their correct destinations over available routes. On an interconnected set of LANs, including those based on differing architectures and protocols, a router acts as a link between LANs, enabling messages to be sent from one to another. Communication links within LANs typically include twisted wire pair, fiber optics, or coaxial cable, while communication links between networks may utilize analog telephone lines, full or fractional dedicated digital lines including T1, T2, T3, and T4, Integrated Services Digital Networks (ISDNs), Digital Subscriber Lines (DSLs), wireless links, or other communications links known to those skilled in the art. Furthermore, computers, such as remote computer 240, and other related electronic devices can be remotely connected to either LANs $220_{a-d}$ or WAN 230 via a modem and temporary telephone link. The number of WANs, LANs, and routers in FIG. 2 may be increased or decreased without departing from the spirit or scope of the describe embodiments. As such, it will be appreciated that the Internet itself may be formed from a vast number of such interconnected networks, computers, and

US 8,122,004 B2

5

routers and that an embodiment could be practiced over the Internet without departing from the spirit and scope of this disclosure.

The media used to transmit information in communication links as described above illustrates one type of computer-readable media, namely communication media. Generally, computer-readable media includes any media that can be accessed by a computing device. Computer-readable media may include computer storage media, communication media, or any combination thereof.

Communication media typically embodies computer-readable instructions, data structures, program modules, or other data in a modulated data signal such as a carrier wave or other transport mechanism and includes any information delivery media. The term "modulated data signal" means a signal that has one or more of its characteristics set or changed in such a manner as to encode information in the signal. By way of example, communication media includes wired media such as twisted pair, coaxial cable, fiber optics, wave guides, and other wired media and wireless media such as acoustic, RF, infrared, and other wireless media.

The Internet has recently seen explosive growth by virtue of its ability to link computers located throughout the world. As the Internet has grown, so has the WWW. Generally, the WWW is the total set of interlinked hypertext documents residing on HTTP servers around the world. Documents on the WWW, called pages or Web pages, are typically written in HTML (Hypertext Markup Language) or some other markup language, identified by URLs (Uniform Resource Locators) that specify the particular machine and pathname by which a file can be accessed, and transmitted from server to end user using HTTP. Codes, called tags, embedded in an HTML document associate particular words and images in the document with URLs so that a user can access another file, which may literally be halfway around the world, at the press of a key or the click of a mouse. These files may contain text (in a variety of fonts and styles), graphics images, movie files, media clips, and sounds as well as Java applets, ActiveX controls, or other embedded software programs that execute when the user activates them. A user visiting a Web page also may be able to download files from an FTP site and send messages to other users via email by using links on the Web page.

A WWW origin server, as described in more detail in conjunction with FIG. 3, is a computer connected to the Internet having storage facilities for storing hypertext documents for a WWW site and running administrative software for handling requests for the stored hypertext documents. A hypertext document normally includes a number of hyperlinks, or highlighted portions of text which link the document to another hypertext document possibly stored at a WWW site elsewhere on the Internet. Each hyperlink is associated with a URL that provides the location of the linked document on a server connected to the Internet and describes the document. Thus, whenever a hypertext document is retrieved from any WWW origin server, the document is considered to be retrieved from the WWW. As is known to those skilled in the art, a WWW origin server may also include facilities for storing and transmitting application programs, such as application programs written in the JAVA programming language from Sun Microsystems, for execution on a remote computer. Likewise, a WWW origin server may also include facilities for executing scripts and other application programs on the WWW origin server itself.

A user may retrieve hypertext documents from the WWW via a WWW browser application program located on a wired or wireless device. A WWW browser, such as Netscape's

6

NAVIGATOR® or Microsoft's INTERNET EXPLORER®, is a software application program for providing a graphical user interface to the WWW. Upon request from the user via the WWW browser, the WWW browser accesses and retrieves the desired hypertext document from the appropriate WWW origin server using the URL for the document and HTTP. HTTP is a higher-level protocol than TCP/IP and is designed specifically for the requirements of the WWW. HTTP is used to carry requests from a browser to a Web server and to transport pages from Web servers back to the requesting browser or client. The WWW browser may also retrieve application programs from the WWW origin server, such as JAVA applets, for execution on a client computer.

FIG. 3 shows an example WWW origin server 300 that is operative to provide a WWW site. Accordingly, WWW origin server 300 transmits WWW pages to the WWW browser application program executing on requesting devices to carry out this process. For instance, WWW origin server 300 may transmit pages and forms for receiving information about a user, such as user preferences, address, telephone number, billing information, credit card numbers, and the like. Moreover, WWW origin server 300 may transmit WWW pages to a requesting device that allow a user to participate in a WWW site. The transactions may take place over the Internet, WAN/LAN 200, or some other communications network known to those skilled in the art.

WWW origin server 300 may include many more components than those shown in FIG. 3. However, the components shown are sufficient to disclose an example embodiment. As shown in FIG. 3, WWW origin server 300 is connected to WAN/LAN 200, or other communications network, via network interface unit 310. Network interface unit 310 includes the necessary circuitry for connecting WWW origin server 300 to WAN/LAN 200, and is constructed for use with various communication protocols including the TCP/IP protocol. Typically, network interface unit 310 is a card contained within WWW origin server 300.

WWW origin server 300 also includes processing unit 312, video display adapter 314, and a mass memory, all connected via bus 322. The mass memory generally includes RAM 316, ROM 332, and one or more permanent mass storage devices, such as hard disk drive 338, a tape drive, CD-ROM/DVD-ROM drive 326, and/or a floppy disk drive. The mass memory stores operating system 320 for controlling the operation of WWW origin server 300. This component may comprise a general purpose server operating system, such as UNIX, LINUX™, Microsoft WINDOWS NT®, and the like. Basic input/output system ("BIOS") 318 is also provided for controlling the low-level operation of WWW origin server 300.

The mass memory as described above illustrates another type of computer-readable media, namely computer storage media. Computer storage media may include volatile and nonvolatile, removable and non-removable media implemented in any method or technology for storage of information, such as computer readable instructions, data structures, program modules or other data. Examples of computer storage media include RAM, ROM, EEPROM, flash memory or other memory technology, CD-ROM, digital versatile disks (DVD) or other optical storage, magnetic cassettes, magnetic tape, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to store the desired information and which can be accessed by a computing device.

The mass memory also stores program code and data for providing a WWW site. More specifically, the mass memory stores applications including WWW server application program 330, programs 334, and rich media presentation appli-

US 8,122,004 B2

7

cation **336**. Generally, rich media presentation application **336** generates and provides rich media presentations to a requesting network device (See FIGURES and related discussion below). WWW server application program **330** includes computer executable instructions which, when executed by WWW origin server **300**, generate WWW browser displays, including performing the logic described above. WWW origin server **300** may include a JAVA virtual machine, an SMTP handler application for transmitting and receiving email, an HTTP handler application for receiving and handing HTTP requests, JAVA applets for transmission to a WWW browser executing on a client computer, and an HTTPS handler application for handling secure connections. The HTTPS handler application may be used for communication with external security applications (not shown), to send and receive private information in a secure fashion.

WWW origin server **300** may also comprise input/output interface **324** for communicating with external devices, such as a mouse, keyboard, scanner, or other input devices not shown in FIG. **3**. Likewise, WWW origin server **300** may further comprise additional mass storage facilities such as CD-ROM/DVD-ROM drive **326** and hard disk drive **338**. Hard disk drive **338** is utilized by WWW origin server **300** to store, among other things, application programs, databases, and program data used by WWW server application program **330**. For example, customer databases, product databases, image databases, and relational databases may be stored.

FIG. **4** shows an example network device **400** that may be used to receive packages, according to one example embodiment. Network device **400** may be arranged to transmit and receive data on a wireless personal or wired network. For instance, network device **400** may send and receive data from other network devices (not shown) and servers (See FIG. **3** and related discussion) as well as receiving content, such as rich media presentations including media packages, presentation packages, and virtual players, as described below. The data transmissions may take place over the Internet, WAN/LAN **200**, or some other communications network.

Network device **400** may include many more components than those shown in FIG. **4**. However, the components shown are sufficient to disclose an example embodiment. As shown in the figure, mobile device **400** includes central processing unit **412**, memory **448**, RAM **416**, ROM **432**, operating system **420**, application **430**, programs **434**, data storage **436**, bios **418**, power supply **426**, input/output interface **424**, network interface unit **410**, LED display **450**, audio interface **454**, display **456**, keypad **458**, and infrared input/output **460**.

Mobile device **400** may connect to WAN/LAN **200**, or other communications network, via network interface unit **410**. Network interface unit **410** includes the necessary circuitry for connecting the network device **400** to WAN/LAN **200**, and is constructed for use with various communication protocols including the TCP/IP protocol. Network interface unit **410** may include a radio layer (not shown) that is arranged to transmit and receive radio frequency communications. Network interface unit **410** connects network device **400** to external devices, via a communications carrier or service provider.

Mass memory **448** generally includes RAM **416**, ROM **432**, and one or more data storage units **436**. The mass memory stores operating system **420** for controlling the operation of mobile device **400**. This component may comprise a general purpose operating system such as a version of UNIX, LINUX™, Microsoft WINDOWS®, and the like. Basic input/output system ("BIOS") **418** is also provided for controlling the low-level operation of network device **400**.

8

The mass memory as described above illustrates another type of computer-readable media, namely computer storage media. Computer storage media may include volatile and nonvolatile, removable and non-removable media implemented in any method or technology for storage of information, such as computer readable instructions, data structures, program modules or other data. Examples of computer storage media include RAM, ROM, EEPROM, flash memory or other memory technology, CD-ROM, digital versatile disks (DVD) or other optical storage, magnetic cassettes, magnetic tape, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to store the desired information and which can be accessed by a computing device.

The mass memory also stores program code and data used within network device **400**. More specifically, the mass memory stores applications including rich media presentation application **430**, and programs **434**. Programs **434** may include computer executable instructions which, when executed by network device **400**, transmit and receive WWW pages, e-mail, audio, video, and the like. One or more programs **434** may be loaded into memory **448** and run under control of operating system **420**. Generally, rich media presentation player application **430** receives rich media presentations from a provider and performs the multimedia content relating to the rich media presentations (See FIGURES and discussion below). Examples of application programs include radio tuner programs, phone programs, communication programs, productivity programs (word processing, spreadsheet, etc.), browser programs, and the like. Network device **400** also includes ROM **432**. ROM **432** may be used to store data that should not be lost when network device **400** loses power.

Network device **400** also comprises input/output interface **424** for communicating with external devices, such as a headset, or other input or output devices not shown in FIG. **4**. Data storage **436** is utilized by network device **400** to store, among other things, application programs, databases, and program data used by the mobile device broadcast delivery application. For example, user databases, product databases, image databases, and relational databases may be stored. Keypad **458** may be any input device arranged to receive inputs from a user. For example, keypad **458** may be a push button numeric dialing keypad, or a keyboard. Display **456** may be a liquid crystal display, or any other type of display commonly used in network devices. Display **456** may also be a touch screen arranged to receive a user's inputs Infrared input/output **460** may be used to send and receive infrared commands.

Power supply **426** provides power to network device **400**. According to one embodiment, a rechargeable battery provides power. The power may be also be provided by an external power source, such as an AC adapter or a powered docking cradle that supplements or recharges the battery.

As shown, network device **400** includes light emitting diode (LED) display **450**, and audio interface **454**. LED display **450** may be controlled to remain active for specific periods or events. For example, an LED display may stay on while the phone is powered or may light up in response to other events. Audio interface **454** is arranged to receive and provide audio signals. For example, audio interface **454** may be coupled to a speaker (not shown) to provide audio from a telephone call, a tuner, or from some other audio source. Audio interface **454** may also be coupled to an input device, such as a microphone, to receive audio input.

FIG. **5** illustrates a functional block diagram showing an on-demand content delivery system using a CDN, according

9
10

to one embodiment. As shown in the figure, on-demand content delivery system **500** includes network device **510**, CDN **520**, and origin server **530**. Network device **510** and origin server **530** are coupled to CDN **520** through a network, such as a packet switched network.

Network device **510** requests content from a CDN. The content request may be for any type of content available from CDN **520** or origin server **530**. According to one embodiment, the content request is for content associated with virtual player packages. For example, the content may be for a virtual player, presentation packages, or media packages that are specifically encoded for network device **510**. CDN **520** receives the content request and attempts to assemble the content based on instructions from origin server **530**. When the requested content is available, CDN **520** delivers the requested content to requesting device **510**. When the requested content is not available on CDN **520**, CDN **520** obtains the requested content from origin server **530**. The content may not be available on CDN **520** for many reasons. For example, the requested content may be expired, new content may be available, or the requested content may not be located on CDN **520**. As mentioned above, when the content is not available on CDN **520**, CDN **520** obtains the content from origin server **530**. The content is then maintained by CDN **520** according to the instructions regarding the content obtained from origin server **530**. For example, CDN **520** may be instructed to maintain the content for some predetermined period. CDN **520** may be instructed to maintain the content for one minute, ten minutes, one day, one week, and the like. CDN **520** delivers the content to the requesting device after it has obtained the content from origin server **530**.

CDN **520** may be any number of CDNs available. For example, the following is a partial list of available CDNs and competing CDN technologies that may be used in accordance with one or more embodiments. The list is not meant to be exhaustive or provide all of the details relating to the CDN. Akamai provides content delivery and streaming media services, along with global traffic management. AppStream's infrastructure monitors the usage of central databases and applications, segments them, and proactively moves the computing resources to application servers closest to the users that need them. AT&T ICDS monitors the origin Web site for changes in content and replicates the changes on mirror sites across their worldwide networks and data facilities, including an expansive cable network. Digital Island provides delivery of all major kinds of content, including streaming media, and features multiple authentication methods to provide secure content delivery. SolidSpeed uses intelligent routing and network optimization to bypass internet bottlenecks. They work to find the most efficient route between your customers and your content. Speedera's CDN pushes content from web origin sites to caching servers at the "edge" of the Internet, much closer to users. XOSoft's CDN sends only the changes of documents combining mirrors and caches to synchronize content worldwide, and deliver fresh content to users quickly. As can be seen, the available CDNs are extensive and the appropriate CDNs may be chosen based on the content being delivered to the requesting device.

FIG. **6** illustrates a schematic diagram of a rich media presentation system in accordance with one or more embodiments. As illustrated in the figure, rich media presentation system **600** includes network device content **605**, streaming services networks **610**, content delivery networks **615**, edge caching networks **620**, restrictors **625**, presentation package assembler **630**, virtual player assembler **635**, media package assembler **640**, stream switch **645**, and device trackers and detectors **650**.

The device may receive rich media presentations from many different networks. Network device content **605** may come from streaming services networks **610**, content delivery networks **615**, edge caching networks **620**, as well as other networks (not shown). Restrictor **625** may restrict the device from receiving rich media presentations. According to one embodiment, restrictor **625** determines when the request for the rich media presentations is coming from a supported site. A supported site is a site on the network that has an affiliation with the provider of the rich media presentations. For example, a site not affiliated with the provider may attempt to incorporate the rich media presentations on their site. When the rich media presentations are requested by the device, restrictor **625** will recognize that the request is coming from an unaffiliated site and deny access. Restrictor **625** may be programmed to do many other tasks. For example, restrictor **625** may be programmed to return different versions of rich media presentations having varying capability based on the site location or some other attribute.

When the request for the rich media presentations moves beyond restrictor **625**, device trackers and detectors **650** determines the requesting device's attributes (See FIGS. **8**, **10**, and **11** related discussion). Generally, device trackers and detectors **650** determine the attributes to send optimized rich media presentations to the requesting device. Based on the attributes of the requesting device, the rich media presentations are assembled. An example illustration of the operation of the rich media presentation system will now be described.

The object handlers including presentation package assembler **630**, virtual player assembler **635**, and media package assembler **640** may create their respective packages in advance of a request by a device or create the packages "just in time" (JIT) to meet the requesting device's configuration. For example, virtual player assembler may encode the virtual player package to be optimized for a WINDOWS 98 operating system using Windows Media Player V7.0 or some other device. According to one embodiment, the encoded virtual player packages are stored in a database and sent to a CDN and cached for a predetermined time. According to another embodiment, the virtual player packages are encoded when requested by a device.

Virtual player assembler **635** creates a virtual player for the requesting device. Different media players may be used by the virtual player. For example, Microsoft's Media Player and Real Networks' Media Player may be used by the virtual player to play the media packages. The virtual player assembler uses attributes determined by device tracker and detectors **650** to create optimized virtual player code for the requesting device. Instead of an e-retailer having to include code on a web page for every possible media player, the e-retailer only includes a single line of code. The line of code is simply a request for an include file from a server. This include file contains the required JavaScript functions for a given browser and for the implementation of the videos relating to the presentation package and media package on a given web page. According to one embodiment, e-retailers place this line of code at the top of the body section of each Web page where a video will be available to the requesting device.

When loading a Web page containing the code, a network device requests the include file from servers relating to the provider. Before the virtual player code is delivered to the network device to be stored in network device content **605**, device trackers and detectors **650** performs operating system and browser detection. This detection allows the virtual player assembler **635** to return the appropriate include file, the contents of which are browser specific. If the provider does

US 8,122,004 B2

11    12

not support a device's configuration, the provider sends required packages containing stub functions. The returned include file including the browser and system specific code is approximately 18 KB in size and will remain in the requesting device's browser cache. Thereafter, each time a requesting device requests the include file, the provider instructs the browser to use the copy of the file stored in the cache. A requesting device downloads this file again only if there has been a change to the include file on the server-side, or when the include file cannot be found in the cache. Example syntax for this line of code is as follows:

```
<script src="http://ondemand.vendaria.com/envision/idletize.idlet"
language="JavaScript1.2" type="text/javascript"></script>
```

Presentation package assembler **630** sets the presentation attributes relating to the virtual player and media package. A presentation package line of code is included in the e-retailers Web page requesting a presentation package include file from a server. According to one embodiment, the presentation package include file contains creative specific presentation-package information, a combination of a "Watch Video" button, a customized media player skin, and a presentation type (embedded or popup). Multiple presentation packages may be used by the e-retailer. For example, a different presentation for each video on your site may be used. The presentation package include file is approximately 4 KB in size and remains in the requesting device's browser cache. Thereafter, each time the presentation package include file is requested by the device, the provider instructs the browser on the requesting device to use the copy of the file stored in the cache. A requesting device downloads this file again when there has been a change to the presentation package include file or when the file cannot be found in the cache. Because e-retailers will likely use the same presentation package on multiple product pages, the speed and performance of the media presentation will improve markedly once a device has downloaded the presentation package include file. An example syntax for this line of code is as follows:

```
<script src="http://ondemand.vendaria.com/envision/{IdletPseudonym}.
idlet" language="JavaScript" type="text/javascript"></script>
```

where: {IdletPseudonym} is a value that uniquely identifies an e-retailer's presentation package.

The code in the presentation package include file allows many presentation attributes relating to the rich media presentation to be set. For example, the rich media presentation's precise play location on a Web page may be set. A skin for the virtual player may be set. Images for buttons may be set. For example, an image separate from the default image for the "watch video" button may be set. The length of the rich media presentation may be displayed at a defined location. The presentation package and/or virtual player window may be automatically closed once a rich media presentation has stopped playing. In addition, text links may be used instead of buttons with images to trigger the start of a rich media presentation. Other presentation attributes may also be set. The attributes may be set within a Web page, or may be set using an API. The following is an example syntax for defining some of the presentation attributes associated with the rich media presentation on a Web page.

```
<script language="JavaScript" type="text/javascript">
var vnd_idletOverride__{IdletPseudonym} = new
vnd_objIdletOverride({LocationTop}, {LocationLeft}, "{Locator}",
"{BURL}", {ShowLen}, {CenterScreen}, {AutoHide});
</script>
```

where:

{IdletPseudonym} is a value that uniquely identifies an e-retailer's presentation package.

{LocationTop} is the top coordinate of the player skin or video, if no skin is selected.

{LocationLeft} is the left coordinate of the media skin or video, if no skin is selected.

{Locator} is the name of an image object located on the page used for positioning the top and left coordinates of the media player skin or video, if no skin is selected.

{BURL} is the complete URL of the image you will use to start a video in lieu of the "watch video" button.

{ShowLen} is the indicator that determines if text describing the length of the video will appear next to the Watch Video button.

{LocCenterScreen} is the indicator that determines if the skin and media player will be centered in the middle of the screen. If the value is set to false, then the skin or media player will be located based on the default attributes of the presentation package or the override values found in {LocationTop} and {LocationLeft} or {Locator}.

{AutoHide} is an optional indicator that determines if the media player layers disappear upon completion of a video. If the value is true, the skin and/or media player disappear immediately upon completion of the video; if false, the skin and/or media player will remain displayed on the page along with the final frame of the video.

The video may also be set to automatically start playing. Auto-play functionality enables a video to start playing immediately after a Web page has been loaded in a requesting device's browser. For example, this feature might be used to play a video welcoming an on-line consumer to a site or to provide instructions to consumers. According to one embodiment, e-retailers include the autoLoad function in the onload event in the body tag as follows: <body on Load="vnd--autoLoad( )">

Media package assembler **640** assembles the combination of multimedia specific code and returns a media package include file to the requesting device. A third line of code is included within the e-retailers Web pages where the e-retailer would like a watch video button to appear on a product page. A server downloads the approximately 1 KB media package include file in a requesting device's browser cache each time the device accesses a Web page where a rich media presentation exists. An example syntax for this line of code is as follows:

```
<script src="http://ondemand.vendaria.com/envision/
{AdletPseudonym}.adlet?idlet={IdletPseudonym}" language="JavaScript"
type="text/javascript"></script>
```

where:

{AdletPseudonym} is a value that identifies a unique combination of a video in a video library and an e-retailer offering that video to on-line consumers. {IdletPseudonym} is a value that uniquely identifies an e-retailer's presentation package.

US 8,122,004 B2

13

Stream switch **645** may be selected to provide streaming content to the requesting device.

FIG. **7** shows an overview of the rich media presentation system, in accordance with one or more embodiments. As shown in the figure, rich media presentation system **700** includes device **705**, restrictor **715**, web document **710**, device specific package requester block **720**, cache checking block **725**, caching block **730**, generate package block **735**, and provide packages block **740**.

The operation of rich media presentation system **700** will now be described. Device **705** requests client's web document **710** that initiates a request for rich media presentations from the provider. Upon accessing web document **710**, device **705** requests optimized packages from the provider. The request goes through restrictor block **715** that may restrict access to the provider upon predefined conditions. For example, if the client is not affiliated with the provider the request for the packages may be denied. When the request is not denied package request block **720** requests device specific packages from the provider. Cache checking block **725** determines whether the packages are cached. If so, the packages are provided to device **705** from the cached location by package provider block **740**, such as a content delivery network. When the packages are not cached the provider generates the packages specific to the device and caches them at which point, package provider block **740** provides the packages to device **705**.

FIG. **8** illustrates an attribute inquiry system containing a set of example basic attributes of network devices, according to one embodiment. Generally, attribute inquiry system **800** determines the requesting device's basic configuration including the operating system, browser, and media player used by the requesting device.

Server **805** communicates with the requesting device and receives basic configuration information in return. The configuration information is used to help optimize the requesting device's media experience. According to one embodiment, javascript code is executed on the requesting device that sends the basic attribute information to server **805**.

For example, server **805** receives the operating system (OS) and browser used by the network device (block **830**). For example, the requesting device of block **810** has a configuration using the WINDOWS XP operating system and using the Internet Explorer 6.0 browser. The requesting device of block **820** uses the UNIX operating system and uses Netscape 4.5 as the browser. The requesting device of block **840** uses the WINDOWS ME operating system and uses Internet Explorer 5.0 as the browser. The requesting device of block **850** uses the WINDOWS NT operating system and Netscape 4.75 as the browser. The requesting device of block **820** uses the UNIX operating system and Netscape 4.5 as the browser. The requesting device of block **870** is a mobile device. According to this embodiment, server **805** receives the mobile device's OS, browser, as well as its media player information. Similarly, server **805** receives the requesting device's media player according to one embodiment (block **860**). The media player may be any media player type. For example, two popular media players include Real Player developed by Real Networks Corp. and Windows Media Player developed by Microsoft Corp. In addition to obtaining the brand of media player, server **805** also obtains the version of the media player. The media player information is used to produce the virtual player packages to be delivered to the requesting device.

FIG. **9** shows an overview process of providing rich media presentations to an authorized network device, according to one embodiment. After a start block, the logical flow moves to block **910** where a determination is made as to whether the

14

network device is authorized to receive the rich media presentations. A device may not be authorized if the device is requesting the rich media presentations from an unaffiliated site. A site may not be affiliated when it does not have a relationship with the provider of the virtual player packages. Stepping to decision block **920**, a decision is made as to whether the network device is authorized to receive the rich media presentations. When the network device is not authorized, the process moves to block **930**, at which point the network device is refused service. When the service is refused, the process steps to an end block. When the network device is authorized, the process moves to block **940**, where the network device's attributes are determined (See FIGS. **10** and **11** and related discussion). Moving to block **950**, the rich media presentations needed by the device are provided to the device (See FIGS. **12-13** and related discussion). The process then steps to an end block.

FIG. **10** illustrates a process for determining attributes related to a network device, according to one embodiment. After a start block, the logic flows to block **1010**, where the process detects the basic operating attributes of the requesting device. The basic operating attributes of the device are used to help create rich media presentations that are optimized for the requesting device. According to one embodiment, the basic attributes include the operating system, browser, and media player used by the requesting device. Other basic attributes may be used depending on the content to deliver to the requesting device. Moving to decision block **1020**, a decision is made as to whether the basic operating characteristics are supported by the rich media presentation system. When the operating characteristics of the requesting device are not supported, the logical flow moves to block **1030** at which point the requesting device is informed that it is not supported. When the basic operating characteristics of the requesting device are supported, the process flows to block **1040** where additional attributes are obtained from the requesting device. The additional attributes provide the system with information that allows further optimization of the delivery of the content (See FIG. **11** and related discussion). The logical flow then ends.

FIG. **11** illustrates a process for retrieving additional attributes from the network device, according to one embodiment. After a start block, the logical flow moves to block **1110** where the language used by the device is determined. The determined language is used to provide the device with content matching their language preference. For example, if the determined language is Spanish, then the rich media presentations will be delivered to the device such that Spanish is supported. Similarly, if the determined language is English, then the rich media presentations are encoded for English. Flowing to block **1120**, the network bandwidth is determined. The network bandwidth may be determined many different ways. According to one embodiment, the bandwidth is determined automatically by performing a download test on the requesting device. The requesting device may download a very small file having a predetermined size for a given period of time. The bandwidth is determined based on the number of files successfully downloaded for the given period of time. As network conditions may change over time, the download test may be repeated. Moving to block **1130**, a determination is made as to whether a firewall is present on the requesting device. Transitioning to block **1140** permissions on the requesting device are determined. For example, permissions may be set that disable the ability to perform certain operations across a network. Moving to block **1150**, other attributes may be determined. Another attribute may be a protocol

US 8,122,004 B2

15

restrictions attribute or the other attributes may include any attributes that help to optimize the rich media presentations for the requesting device.

FIG. 12 illustrates a process for selecting a content provider to provide a rich media presentation to a device, according to one embodiment. After a start block, the process moves to decision block 1210, where the process determines whether the rich media presentations needed for the device are cached. When the rich media presentations are not cached, the process moves to block 1220 where the process creates a rich media presentation for the requesting device. Generally, the rich media presentation may be any or all of the following: a virtual player, a presentation package and a media package. Moving to block 1230 the rich media presentation is cached for later retrieval by a device. Transitioning to block 1240, the rich media presentation is delivered to the device. When the rich media presentation is cached the process steps to block 1250 at which point the cached rich media presentation is sent to the device. The process then steps to an end block and terminates.

FIG. 13 shows a process for providing rich media presentations to a device, according to one embodiment. After a start block, the process moves to decision block 1310, where a determination is made as to whether an up-to-date virtual player is already on the device. A virtual player is provided to the device when a virtual player is not in a cache on the device, or when an updated virtual player is available from the provider. When a virtual player is not on the device, the process moves to block 1320, at which point a virtual player package is created for the device.

The process transitions to decision block 1330, where a determination is made as to whether an up-to-date presentation package is already on the device. A presentation package is provided to the device when a presentation package is not in a cache on the device, or when an updated presentation package is available. When a presentation package is not on the device, the process moves to block 1340, at which point a presentation package is created for the device.

The process steps to decision block 1350, where a determination is made as to whether an up-to-date media package is already on the device. A media package is provided to the device when a media package is not in a cache on the device, or when an updated media package is available. When a media package is not on the device, the process moves to block 1340, at which point a media package is created for the device. According to one embodiment, a media package is provided to the device at each request as the media package is typically very small in size (approximately 1K).

Moving to block 1370, the created packages are provided to the device.

FIG. 14 shows a process for an e-retailer to create and modify rich media presentations, in accordance with one or more embodiments. After a start block, the process moves to block 1410, where the e-retailer, or some other party, may generate rich media presentations utilizing a Virtual Player Exposed API that is not device specific. Transitioning to decision block 1420, a decision is made as to whether the presentation or media packages are to be updated. When the packages are not updated, the process steps to an end block. When they are to be updated, the appropriate updates are made and the process moves to block 1430 at which point the device receives the changed packages. The process then steps to an end block.

The above specification, examples and data provides a description of the manufacture and use of the composition of one or more example embodiments. It is to be understood that the scope of the appended claims is not necessarily limited to

16

the specific features or techniques described. Rather the specific features or techniques are disclosed as examples of providing rich media presentations to network devices in accordance with one or more embodiments.

What is claimed is:

1. A computer-implemented method implemented by at least one device of a content delivery system, the method comprising:

processing requests for media content from network devices to determine whether the network devices are supported by the content delivery system; and for at least one network device that is supported:

configuring a content package for media content that is requested by the network device to include code specific to a browser of the network device identified based upon one or more attributes of the network device;

causing communication of the content package to the network device; and

wherein the one or more attributes include one or more of basic operating characteristics of the at least one network device, a language attribute, a bandwidth attribute, a firewall attribute, or a permissions attribute.

2. The method of claim 1 further comprising, for a network device that is not supported, denying access to the media content.

3. The method of claim 1, wherein the content package comprises a virtual player package configured to define a virtual player configured to play the media content at the at least one network device.

4. The method of claim 1, wherein the content package comprises a virtual player package, a presentation package, and a media package configured for the at least one network device based on the one or more attributes.

5. The method of claim 1 further comprising detecting the one or more attributes of the at least one network device.

6. The method of claim 1, wherein configuring the content package comprises obtaining the media content from within the content delivery system.

7. The method of claim 1, wherein configuring the content package comprises determining that the media content is not available from within the content delivery system and obtaining the media content from an origin server.

8. The method of claim 7, further comprising caching the media content obtained from the origin server at the content delivery system to service subsequent requests.

9. The method of claim 1 further comprising:

determining whether the content package for the media content is cached at the at least one network device; and

performing the configuring and causing communication of the content package responsive to determining that the content package is not cached at the at least one network device.

10. The method of claim 9 further comprising, responsive to determining that the content package for the media content is cached at the at least one network device:

determining whether an updated content package is available;

responsive to determining that the updated content package is available, causing communication of the updated content package to the at least one network device; and

responsive to determining that an updated content package is not available; instructing the at least one network device to use the content package cached at the at least one network device.

11. The method of claim 1, wherein the network device is a mobile device configured to connect to the at least one device of the content delivery system via a wireless network.

US 8,122,004 B2

17                                                    18

**12**. The method of claim **1**, wherein configuring the content package comprises:

creating one or more device specific packages for the at least one network device including at least one of a virtual player package configured to encode a virtual player selected for the at least one network device, a presentation package configured to set presentation attributes for presentation of the media content via the virtual player, and a media package configured to identify a source of the media content; and

assembling the one or more device specific packages to form the content package.

**13**. The method of claim **1**, wherein configuring the content package comprises:

determining whether up-to-date versions of a plurality of device specific packages are cached by the at least one network device; and

assembling the content package to include up-to-date versions of device specific packages of the plurality in response to a determination that the plurality of device specific packages are not cached by the at least one network device.

**14**. One or more computer readable storage media having instructions stored thereon that, in response to being executed by one or more devices of a content delivery system, cause the one or more devices to perform operations comprising:

detecting attributes of a network device in response to a request from the network device for device specific packages associated with a rich media presentation wherein the detected attributes comprises one or more of device operating characteristics, a language attribute, a bandwidth attribute, a firewall attribute, or a permissions attribute;

determining whether the requested device specific packages are cached in a cache location;

for requested device specific packages that are cached, communicating instructions to cause the network device to obtain the cached device specific packages from the cache location;

for requested device specific packages that are not cached:
automatically generating device specific packages that are configured for the device in accordance with the detected attributes including configuring the device specific packages to correspond to a browser of the network device identified based on the detected attributes; and
communicating the generated device specific packages to the network device.

**15**. The computer-readable storage medium of claim **14**, wherein the device specific packages include at least one of a virtual player selected for the network device, a presentation package configured to set attributes for presentation of the rich media presentation via the virtual player, or a media package configured to designate content for inclusion in the rich media presentation.

**16**. The computer-readable medium of claim **14**, wherein the request for the device specific packages is received by the content delivery system responsive to loading of request code at the network device, the request code included in a web page for the rich media presentation to cause the network device to form the request for the device specific packages.

**17**. The computer-readable medium of claim **14**, wherein the cache location comprises storage at the network device.

**18**. The computer-readable medium of claim **14**, wherein the cache location is a storage device accessible to the network device over a communication network.

**19**. A computing device for content delivery, comprising:

a device configured to determine one or more attributes of a network device responsive to a request from the network device for a rich media presentation wherein the detected attributes comprises one or more of device operating characteristics, a language attribute, a bandwidth attribute, a firewall attribute, or a permissions attribute; and

an object handler configured to cause at least part of the rich media presentation to be assembled for delivery to the network device so that the at least part of the rich media presentation is configured according to the one or more attributes of the network device determined by a device tracker and detector to include browser specific code specific to an identified browser of the network device.

**20**. The computing device of claim **19**, further comprising a restrictor configured to receive the request from the network device and determine if the network device is supported.

**21**. The computing device of claim **20**, wherein the restrictor is configured to restrict the network device from receiving the rich media presentation if the restrictor determines that the network device is not supported.

**22**. The computing device of claim **19**, wherein the object handler comprises a presentation package assembler configured to assemble a presentation package that is configured according to the one or more attributes of the network device.

**23**. The computing device of claim **19**, wherein the object handler comprises a virtual player assembler configured to cause assembly of a virtual player that is configured according to the one or more attributes of the network device.

**24**. The computing device of claim **19**, wherein the object handler comprises a media package assembler configured to cause assembly of a media package that is configured according to the one or more attributes of the network device.

**25**. The computing device of claim **19**, wherein the object handler comprises a stream switch configured to configure the rich media package to be streamed to the network device.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,122,004 B2  
APPLICATION NO.   : 12/605830  
DATED             : February 21, 2012  
INVENTOR(S)       : Hegde et al.

Page 1 of 1

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page, item (12), under "United States Patent", in Column 1, Line 1, and Item (75) under "Inventors", in Column 1, Line 1, delete "Hedge" and insert -- Hegde --.

Title page, item (56), under "Other Publications", in Column 2, Line 3, delete "Confrence" and insert -- Conference --.

Column 17, Line 49, in Claim 15, delete "The computer-readable storage medium of claim 14," and insert -- The one or more computer readable storage media of claim 14, --.

Column 18, Line 4, in Claim 16, delete "The computer-readable medium of claim 14," and insert -- The one or more computer readable storage media of claim 14, --.

Column 18, Line 9, in Claim 17, delete "The computer-readable medium of claim 14," and insert -- The one or more computer readable storage media of claim 14, --.

Column 18, Line 11, in Claim 18, delete "The computer-readable medium of claim 14," and insert -- The one or more computer readable storage media of claim 14, --.

Signed and Sealed this  
Eleventh Day of September, 2012

David J. Kappos  
*Director of the United States Patent and Trademark Office*