# Exhibit F



US008482384B2

## (12) United States Patent
### Dorr

(10) Patent No.: **US 8,482,384 B2**
(45) Date of Patent: **Jul. 9, 2013**

(54) **METHOD AND SYSTEM FOR PLAYING SIGNALS AT TWO APPLIANCES**

(75) Inventor: **Robert C. Dorr**, Pueblo, CO (US)

(73) Assignee: **ManherCard LLC**, Las Vegas, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 244 days.

(21) Appl. No.: **12/898,908**

(22) Filed: **Oct. 6, 2010**

(65) **Prior Publication Data**
US 2011/0025475 A1    Feb. 3, 2011

**Related U.S. Application Data**

(63) Continuation of application No. 10/887,196, filed on Jul. 8, 2004, now Pat. No. 7,834,740, which is a continuation of application No. 09/781,047, filed on Feb. 8, 2001, now Pat. No. 6,816,060.

(60) Provisional application No. 60/181,354, filed on Feb. 8, 2000.

(51) Int. Cl.
*G08B 5/22* (2006.01)
(52) U.S. Cl.
USPC ..................................... **340/7.29**
(58) Field of Classification Search
USPC .............. 455/221, 7.29, 7.51, 7.52; 340/7.29, 340/5.61
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,444,673 A | 8/1995 | Mathurin | |
| 5,583,965 A * | 12/1996 | Douma et al. | 704/275 |
| 5,832,067 A | 11/1998 | Herold | |
| 6,014,429 A | 1/2000 | LaPorta et al. | |
| 6,088,428 A | 7/2000 | Trandal et al. | |
| 6,236,622 B1 | 5/2001 | Blackman | |
| 6,453,281 B1 | 9/2002 | Walters et al. | |
| 6,634,028 B2 | 10/2003 | Handelman | |
| 6,678,215 B1 | 1/2004 | Treyz et al. | |
| 6,816,060 B2 | 11/2004 | Dorr | |
| 7,336,624 B2 * | 2/2008 | Hattig | 370/255 |

* cited by examiner

*Primary Examiner* — Vernal Brown
(74) *Attorney, Agent, or Firm* — Woodcock Washburn LLP

(57) **ABSTRACT**

A method for receiving messages in an appliance such as a clock radio modified to retrieve messages from a remote computer, converting the retrieved messages into corresponding audio messages, generating a wake up signal to the user at a selected time in the radio appliance, starting the delivery of the audio messages from a speaker in the radio appliance in response to the generated wake up signal, and receiving audible commands in the radio from the user to control delivery of the messages. In a first embodiment, these method steps are performed in the radio appliance and, in a second embodiment, a remote computer performs all of the messages except delivery of the audio messages and receiving audible commands which occur at the appliance. Where two or more appliances are used, audio commands can cause the delivery of messages to stop in one appliance and resume in another appliance.

**26 Claims, 6 Drawing Sheets**





Fig. 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6

# METHOD AND SYSTEM FOR PLAYING SIGNALS AT TWO APPLIANCES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 10/887,196 filed Jul. 8, 2004, which is a continuation of U.S. patent application Ser. No. 09/781,047 filed Feb. 8, 2001, now U.S. Pat. No. 6,816,060, which claims the benefit of U.S. Provisional Application No. 60/181,354 filed Feb. 8, 2000. Each of which is herein incorporated by reference in its entirety.

## TECHNICAL FIELD

The present invention relates to radio appliances and, more particularly, to clock radios

## BACKGROUND

The Internet has fostered a host of new technologies including those involving Internet appliances such as a cell phone adapted to interconnect with the Internet.

Traditionally, it is common for a person to have a clock radio that provides sounds to aid in sleep or in which to wake by. An example of such a clock radio is available from Sharper Image Design as a "CD Radio Alarm Clock with Sound Soother." Most household bathrooms also have a radio and/or a shower radio such as that also available from Sharper Image Design sold as "AM/FM Digital Shower Companion."

A need exists to adopt the clock radio, bathroom radio and/or shower radio into an Internet appliance for delivery of timely information to the user in addition to the normal sleep and awake sounds, AM/FM programming, and time.

## SUMMARY

A method is provided for receiving messages in an appliance such as a clock radio, bathroom radio, or shower radio modified under the teachings of the present invention to retrieve messages from a remote computer, converting the retrieved messages into corresponding audio messages, generating a wake up signal to the user at a selected time in the radio appliance, starting the delivery of the audio messages from a speaker in the radio appliance in response to the generated wake up signal, and receiving audible commands in the radio from the user to control delivery of the messages. In a first embodiment, these method steps are performed in primarily in components in the radio appliance and, in a second embodiment, a remote computer performs all of the messages except delivery of the audio messages and receiving audible commands which occur at the radio appliance. Where two or more appliances are used, audio commands can cause the delivery of messages to stop in one appliance and resume in another appliance.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an overall block diagram of the system of the present invention.
FIG. **2** is a block diagram of an individual appliance of the present invention.
FIG. **3** is a flow chart showing operation in one preferred embodiment.
FIG. **4** is a timing chart showing the operation of one embodiment of the present invention.

2
FIG. **5** is a flow chart showing programming the computer hub of the present invention.
FIG. **6** is a block diagram of a second embodiment of the individual appliance of the present invention.

## DETAILED DESCRIPTION OF ILLUSTRATIVE EMBODIMENTS

### 1. Overview

In FIG. **1**, an overview of the present invention is set forth. In a building structure **10** such as a house, a condo, or an apartment, there is typically found a bedroom **20**, a bath area **30**, and an office area **40**. FIG. **1** shows three separate Internet appliances of the present invention **50**, **60**, and **70**. Each of the Internet appliances **50**, **60**, and **70** communicate with a remote computer system **80** located elsewhere in the building **10** such as, for example, in the home office **40**. The communication occurs at least one of three ways: via telephone (or electrical) lines **90** or wireless transmissions **100** or a network link **110**. In the preferred embodiment, the computer system **80** is a standard home computer system having a CPU **82**, a monitor **84** and a keyboard **86**. These components **82**, **84**, and **86** are conventionally interconnected (not shown).

The appliance **50** of the present invention is a clock radio that operates to provide a wake up alarm to an individual sleeping in bed **22**. Appliance **60** is used to provide information to the individual when using the bath area **30**. Appliance **70** is used by the individual when taking a shower **32**.

It is to be expressly understood that in the preferred embodiment the communication between each appliance **50**, **60**, and **70** is with computer system(s) **80** or any computing device having communication with the Internet over phone lines **90** or other suitable communication links such as a DSL link, satellite, wireless, etc. Such communication could also be with another computer such as the individual's laptop, a hand-held computer, a cell phone or a remote office computer or network.

### 2. Appliance Block Diagram

In FIG. **2** is set forth the block diagram components of each of the different appliances **50**, **60**, and **70**. These components are generally referred to as **200**. Each appliance **50**, **60**, and **70** in a first embodiment includes a computer **210**, a radio **220**, a speaker **230**, memory **240**, a data-to-audio converter **250**, an input **260**, and a display **270**. Each appliance **50**, **60**, and **70** may or may not include: a wireless component **280**, a phone (electrical) interconnection **290**, a network card, etc. Each of the components are discussed next.

In FIG. **2**, the wireless communication module **280** can comprise any of a number of conventional approaches including a module **280** based upon, for example, Bluetooth technology. Or, conventional RF technology can be used to communicate data signals from the hub **80** to appliances **50**, **60** and **70**. The wireless module **280** is connected over a conventional link **282** with computer **210**. In an alternate embodiment, rather than using a wireless module **280**, a phone communication module **290** can be utilized to convey data signals through the phone outlet **90**. Module **290** could also be a conventional transmitter and receiver of coded signals over standard household electrical wiring as found in many burglar alarm sensors. Indeed module **290** can also be any suitable communication device that can be hard-wired **90** to the computer hub **80** such as a network, etc.

3

The radio **220** and the speaker **230** are conventional and exist in many prior art clock radios. The same is true of display **270** which displays time, radio dial setting, etc.

A memory **240** is provided wherein the computer **210** conventionally stores and retrieves data and the memory **240** includes other types of memory such as memory containing programs, etc. that the computer **210** utilizes.

The data-to-audio converter is any conventionally available module **250** that converts data to the spoken voice. In the preferred embodiment, the computer **210** delivers data over link **252** to the data-to-audio converter **250** to generate sound to speaker **230** such as through connection **234**.

Finally, input module **260** is connected to the computer **210** over link **262** to provide input from the user of the appliance **50**, **60** or **70**. A number of conventionally available software/hardware packages are available for use in computer **210** which performs the function of the data-to-audio module **250**.

It is to be expressly understood that a wide variety of conventional components can be utilized under the method herein and that the invention is not limited to the first embodiment shown in FIG. **2**.

3. Appliance Operation

In operation, a user sleeping in bed **225** is awakened in a conventional fashion by the clock radio features in the appliance **50**. The wake-up signaling is delivered by the computer **210** to the wireless module **280** for transmission to the hub **80** as shown in FIG. **3** in step **300**. The wake-up signaling can occur prior to the wake-up time, during the wake-up time or just after the wake-up time. The computer hub **80** in step **310** retrieves the desired messages from a message source such as, for example, the Internet in a conventional fashion. These messages can be grouped such as e-mail messages, reports on certain stocks, calendar appointments during the day, call-in messages, etc. The retrieved desired messages can be any suitable message which the user through input **86** at the hub **80** pre-programs the computer:**2** to receive upon the issuance of the wake up signal **300**. The computer:**2** can be programmed to retrieve the messages from a message source at a desired time before wake-up (e.g., two hours before wake-up). The computer **80** can then organize the messages into groups and ready the groups for delivery to the appliance such as in response to the wake-up signal or to an audible command received in the appliance by the user. In a variation, the messages can be retrieved and organized in response to the wake-up signal from the appliance which is also delivered to the remote computer **80**. Hence, steps **310** and **320** can be performed in any order. These messages can be automatically delivered back to the computer **210** in the appliance **50** or played back as an audio sound through speaker **230** in which case the data is transformed into a comparable audio signal. Or, an activation from the person in the bed **22** can occur such as pushing a button (not shown) at input **260** or issuing a voice command to microphone **292**. Indeed, in some embodiments the microphone **292** is incorporated into the speaker **230**. Hence, in stage **330** the messages are delivered to the appliance **50**. The messages are played in stage **340** in response to an input signal such as a spoken command to the microphone **292** such as the word "messages." Or the activation of a button or any other suitable input device **260**. Or, as mentioned, stage **340** doesn't exist and the delivered messages in stage **330** are automatically played in stage **350**. In stage **350**, the messages are played, as mentioned, through the data audio module **250** and into the speaker **230**. The person lying in bed **22** can listen

4

to e-mail messages, hear appointments scheduled for the day, hear critical stock information, or any other suitable special message.

Indeed, stage **340** can be more sophisticated than described above. For example, a particular grouping of messages can be played in response to a voice command such as "e-mail", "stock", "appointments", etc. Then only a special category of messages are played corresponding to the audible command. Also in stage **340**, additional commands such as "stop", "continue", "repeat", "skip," etc. can be utilized to control the delivery of the messages through the speaker **230**. As an illustration, an individual e-mail message can be repeated by saying the command "repeat" or the whole group of e-mail messages can be started over by saying the command "repeat e-mail." Or, the user can audibly command the appliance to "sleep" and the appliance **50** by computer **210** resets and lets the user sleep for a period of time before waking again. In which case, the hub computer is signaled to stop delivery of the messages.

It is observed that the present invention by using appliances **50**, **60** and/or **70** can provide a wide variety of operating conditions. In one embodiment, only the appliance **50** is used. Or, only the appliance **60** is used. Or, only the appliance **70** is used. In preferred embodiments, at least two of the three appliances are used, preferably appliance **50** and **60**. In one embodiment, all three appliances are utilized.

It is to be expressly understood that many variations are possible under the teachings of the present invention other than those set forth above. A wide variety of commands, groups, and messages can be provided and utilized to specifically address a user's unique desires in order to get ready for the upcoming day's events.

4. Appliance Handoff

In FIG. **4**, the "handoff" among the appliances **50**, **60** and **70** is set forth in one embodiment. In FIG. **4**, appliance **50** in time plays the message in response to a START command and stops the messages in response to a STOP command. The user enters the bath area **30** and states CONTINUE and the computer hub **80** detects the audible CONTINUE command coming from appliance **60**. This identifies appliance **60** as the new appliance to which messages are to be delivered. This occurs because the microphone **292** in appliance **60** senses the command CONTINUE, delivers it to its computer **210** which in turn delivers the command through wireless module **280** to the computer hub **80**. The computer hub **80** then continues to play the messages in appliance **60**. In addition, when the user issues a STOP command, appliance **60** stops and the computer **80** senses the STOP command and ceases the play of the messages in appliance **60**. When the user enters the shower **32** and the user states PLAY, the appliance **70**, through its microphone **292** and its computer **210**, delivers a CONTINUE command through wireless module **280** to computer hub **80** and the messages are resumed for play in the shower. The user, of course, under the teachings of the present invention, can select which appliance in which order in which to communicate with the hub computer **80**.

It is to be expressly understood that appliances **50**, **60** and **70** can occur throughout the building **10**. Hence, suitable appliances can be found in the kitchen, garage, etc. In yet another embodiment, many of the control components in FIG. **2** are performed in computer **82** so that each Internet appliance **50**, **60** and **70** are less "smart."

5. Pre-Programming Hub Computer

In FIG. **5**, the preferred programming of the hub **80** occurs with the user logging into the computer **82** and starting the

programming process. A suitable screen is presented on the monitor **84** and the steps **510, 520, 530, 540** can occur in any fashion desired by the user simply by clicking on the suitable icon. In stage **510**, the user selects which messages are to be played upon wake-up. In the preferred embodiment where the system responds to a voice command, the messages can be grouped so that they are played in response to a voice command such as "e-mail," "stock," "appointments," etc. For example, in stage **510**, the user may select appointments and stock quotes and, then in stage **520** train the hub **80** to recognize the voice command for appointments and stock. For example, the voice command for appointments could be simply the word "today" or the word "appointments" or any other suitable vocal command. Assume, for example, the command chosen is "today" for appointment messages and the command "rich" is the audible command for the stock messages. It is well known how to train a voice recognition program to recognize vocal commands especially simple vocal commands that have distinct vocal patterns. Hence, in this example, the command "today" will be associated with the group of appointments for that day and the computer hub **80** can assemble those appointments from any suitable source such as a laptop, palm computer, Internet connection to the remote office computer, etc. With respect to the vocal command "rich" the user must enter stock symbols so that the hub computer **80** can retrieve the present stock values of the stock symbols chosen which are also conventionally available from a number of different sources.

One area critical to the user can be a top priority list grouping where messages from different groups are collected together. These are messages of great importance to the user and are tagged as such. An example of such top priority messages could be: "my 10.sup.th anniversary," "call Peggy tonight at 8:00 p.m.," etc. And, the command could be "Top Priority."

In another example, the user may only wish to hear e-mail and appointments and, in stage **510**, selects those messages. The voice commands in this example are "appointments" and "e-mail." In stage **520**, the computer is trained to recognize these commands so it is to be understood that in some embodiments, the training can occur at the actual appliance **50, 60** and **70** wherein the user speaks into the microphone **292**. Returning to the example, the user may also voice train the hub computer **80** in stage **520** to recognize the command "skip" (or any suitable voice command) so that if an e-mail message is too long, the user can command "skip" and the next e-mail is read. Additional voice commands can be used to increase the volume for the voice for the messages by stating "louder" or "softer." Or, the user can train the command "stop" and no more e-mail would be read. A wide variety of messages and voice commands can be selected in stage **510** and trained in stage **520**.

An optional stage **530** is provided wherein the user can select from a variety of voices for reading the messages. For example a soft female's voice, a robotic sounding voice, a masculine sounding deep voice, etc. All can be selected and changed at any time. In addition, in optional stage **540**, a background sound can also be selected. This background sound can be music (or other sounds) preprogrammed at the hub **80** or it can be actual voice or sound from the appliance **50, 60**, or **70**. Indeed, the hub computer **80** can be programmed such as in stage **540** to select an Internet radio station to provide the sound to the appliances **50, 60**, and **70** as well as the wake-up alarm (if required), etc. The retrieval and conversion of the messages can occur in the hub **80** so that it is delivered into the radio speaker directly. This would simplify the construction of appliances **50, 60**, and **70** and utilize the Internet radio selection and clock in the hub **80**. For example, each appliance could simply be a speaker/microphone (**230, 292**) and an I/O driver transceiver (**280, 290**) with the hub **80** performing all the remaining functions (i.e., wake-up time, wake-up sound, radio selection, etc.) When the user is done programming the hub computer **80**, the user exits in stage **550**. Such a second embodiment **600** is shown in FIG. **6**. The appliance **600** has the I/O transceiver **610** is in wireless **650** communication with the hub computer **80**. The transceiver **610** is connected to computer **660** and memory **670**. The computer controls the microphone/speaker **620** through digital/audio converter **630** and receives commands over audio/digital converter **640.1**.

It is to be expressly understood that a wide variety of pre-programming can be done by a user under the teachings of the present invention and that the scope of the invention is not limited by the examples and variations set forth above.

6. Summary of Method

A method is provided for receiving messages in an appliance such as a clock radio modified under the teachings of the present invention to retrieve messages from a hub computer, converting the retrieved messages into corresponding audio messages, generating a wake up signal to the user at a selected time in the radio appliance, starting the delivery of the audio messages from a speaker in the radio appliance in response to the generated wake up signal, and receiving audible commands in the radio from the user to control delivery of the messages. In a first embodiment, these method steps are performed in the radio appliance and, in a second embodiment, a remote computer performs all of the messages except delivery of the audio messages and receiving audio commands which occur at the appliance. Where two or more appliances are used, audio commands can cause the delivery of messages to stop in one appliance and resume in another appliance.

In one variation of the method of the present invention, the user selects groups of messages in the hub computer in order to tailor the grouping of messages to the individual's desired needs. The hub computer then obtains each group of messages from a message source whether the message source resides in the hub computer, accessing a remote office computer over the Internet or other communication network, accessing message sources on the Internet or other communication links. The message group can be appointments, stock information, retrieved messages, top priority messages selected from among the various groups, or any desired grouping of messages and prioritization. The method of the present invention in another variation includes the option of delivering the background audio sound in each appliance while the message is being delivered. In another variation, the audible commands can include stopping, skipping, repeating, or continuing a message or a group of messages.

In another embodiment of the present invention, the method shifts deliveries of the groups of messages or messages based upon audible commands by the user from one appliance to another appliance. When a first appliance is delivering messages to the user, the receipt of an audible command to stop delivery is sensed and delivered to the hub computer which stops delivery. When the user issues a second audible command to the second appliance, the second appliance senses this and delivers it to the hub computer which identifies the second appliance to resume delivery of the messages.

It is to be expressly understood that under the method of the presented herein, that the use of certain terminology such as "hub computer" is not intended to limit the invention to a

particular type of computer. The term "hub" could be remote, central, home, etc. In the embodiment shown in FIG. **1**, it is typically a home computer located in a physical house in communication proximity to the appliances **50**, **60**, and **70**.

The above disclosure sets forth a number of embodiments of the present invention. Those skilled in this art will however appreciate that other arrangements or embodiments, not precisely set forth, could be practiced under the teachings of the present invention and that the scope of this invention should only be limited by the scope of the following claims.

What is claimed:

1. A method, comprising:
   playing a signal representative of data at a first appliance, the first appliance located in a first location of a household;
   pausing the playing of the signal at the first appliance;
   transmitting, to a second appliance, an indication of the point at which the playing was paused; and
   resuming the playing of the signal at the second appliance, the second appliance located in a second location of the household.

2. The method of claim **1**, wherein the data comprises audio data.

3. The method of claim **2**, further comprising:
   receiving, at the first appliance, a user indication of the audio data.

4. The method of claim **1**, wherein the playing is responsive to receiving a start command at the first appliance, wherein the pausing is responsive to receiving a stop command at the first appliance, and wherein the resuming is responsive to receiving a resume command at the second appliance.

5. The method of claim **4**, wherein at least one command, from the group consisting of the start command, the stop command, and the resume command, is an audible command.

6. The method of claim **1**, wherein transmitting the indication comprises transmitting, from the first appliance to the second appliance, the indication of the point at which the data was paused.

7. The method of claim **6**, wherein the indication of the point at which the data was paused is transmitted via a communication link, and wherein the communication link comprises at least one from the group consisting of a wireless communication link and a wired communication link.

8. A system, comprising:
   a first appliance located in a first location of a household, wherein the first appliance is configured to play a signal representative of data, and wherein the first appliance is further configured to pause the playing of the signal; and
   a second appliance located in a second location of the household and in communication with the first appliance, wherein the second appliance is configured to receive an indication of the point at which the playing was paused and resume the playing of the signal.

9. The system of claim **8**, wherein the data comprises audio data.

10. The system of claim **9**, wherein the first appliance is configured to receive a user indication of the audio data.

11. The system of claim **8**, wherein first appliance is configured to play the signal in response to receiving a start command and to pause the playing of the signal in response to receiving a stop command, and wherein the second appliance is configured to resume the playing of the signal in response to receiving a resume command.

12. The system of claim **8**, wherein at least one of the first appliance and the second appliance is configured to receive audible commands.

13. The system of claim **10**, further comprising:
   a communication link configured to transmit, from the first appliance to the second appliance, the indication of the point at which the playing was paused, wherein the communication link comprises at least one from the group consisting of a wireless communication link and a wired communication link.

14. A non-transitory computer readable medium comprising instructions executable by a computing device, the instructions comprising:
   instructions to play a signal representative of data at a first appliance, the first appliance located in a first location of a household;
   instructions to pause the playing of the signal at the first appliance;
   instructions to transmit, to a second appliance, an indication of the point at which the playing was paused; and
   instructions to resume the playing of the signal at the second appliance, the second appliance located in a second location of the household.

15. The computer readable medium of claim **14**, wherein the data comprises audio data.

16. The computer readable medium of claim **15**, the instructions further comprising:
   instructions to receive, at the first appliance, a user indication of the audio data.

17. The computer readable medium of claim **14**, wherein the instructions to play comprise instructions to play the signal in response to receiving a start command at the first appliance, wherein the instructions to pause comprise instructions to pause the playing of the signal in response to receiving a stop command at the first appliance, and wherein the instructions to resume comprise instructions to resume the playing of the signal in response to receiving a resume command at the second appliance.

18. The computer readable medium of claim **17**, wherein at least one command, from the group consisting of the start command, the stop command, and the resume command, is an audible command.

19. The computer readable medium of claim **14**, wherein the instructions to transmit comprise instructions to transmit, from the first appliance to the second appliance, an indication of the point at which the playing was paused.

20. An appliance, comprising:
   a user input mechanism configured to receive a continue command; and
   an output mechanism configured to play a signal representative of data;
   wherein the appliance is configured to receive an indication that a portion of the data has been played at a second appliance and that the playing of the data has been paused at the second appliance;
   wherein the appliance is further configured to play a signal via the output mechanism in response to receiving a continue command via the user input mechanism, the signal representative of the point at which the playing of the data had been paused at the second appliance.

21. The appliance of claim **20**, wherein the data comprises audio data.

22. The appliance of claim **21**, wherein the output mechanism is a speaker.

23. The appliance of claim **21**, further comprising:
   a memory configured to store the data.

24. The appliance of claim **20**, further comprising:
a communication module configured to communicate with the second appliance via a communication link, wherein the communication link comprises at least one from the group consisting of a wireless communication link and a wired communication link.

25. The appliance of claim **20**, wherein the user input mechanism comprises a microphone and a voice recognition module.

26. The appliance of claim **20**, wherein the user input mechanism comprises at least one button.

\* \* \* \* \*