# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISTRIBUTED MEDIA SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CURIOSITYSTREAM INC., <br><br> Defendant. | CIVIL ACTION NO. <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF DISTRIBUTED MEDIA SOLUTIONS, LLC'S
RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff Distributed Media Solutions, LLC ("DMS"), a Georgia limited liability company, is wholly-owned by Pinnacle Innovations, LLC. No publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| DATED: October 13, 2022 | Respectfully submitted, <br><br> /s/ Stamatios Stamoulis <br> Stamatios Stamoulis (#4606) <br> Richard C. Weinblatt (#5080) <br> 800 N. Street, Third Floor <br> Wilmington, DE 19801 <br> (302) 999-1540 <br> stamoulis@swdelaw.com <br> weinblatt@swdelaw.com <br><br> Mark S. Raskin <br> Michael S. DeVincenzo <br> Daniel C. Miller <br> KING & WOOD MALLESONS LLP <br> 500 5th Avenue, 50th Floor <br> New York, New York 10110 <br> (212) 319-4755 <br> mark.raskin@us.kwm.com <br> michael.devincenzo@us.kwm.com <br><br> Attorneys for Plaintiff Distributed Media Solutions, LLC |