IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISTRIBUTED MEDIA SOLUTIONS, LLC, | : <br> : <br> : |
| *Plaintiff,* | : Case No. 1:22-CV-01353-GBW <br> : |
| v. | : <br> : **JURY TRIAL DEMANDED** |
| CURIOSITYSTREAM INC., | : <br> : |
| *Defendant.* | : |

## RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

On October 13, 2022, Plaintiff Distributed Media Solutions ("Plaintiff") initiated this case by filing its complaint for patent infringement against Defendant CurosityStream Inc. ("Defendant") (D.I. 1). On December 30, 2022, Defendant filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure (D.I. 9). On January 12, 2023, Plaintiff timely filed its Amended Complaint for Patent Infringement (D.I. 13) pursuant to Fed. R. Civ. P. 15(a)(1)(B)—mooting Defendant's motion to dismiss. Accordingly, Defendant's motion should be denied as moot.

Dated: January 13, 2023                                    Respectfully submitted,

                                                                           */s/ Stamatios Stamoulis*
                                                                           Stamatios Stamoulis (#4606)
                                                                           Richard C. Weinblatt (#5080)

1

STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Telephone: (302) 999-1540
Facsimile: (302) 762-1688
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Mark S. Raskin
Michael S. DeVincenzo
Daniel C. Miller
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
mark.raskin@us.kwm.com
michael.devincenzo@us.kwm.com

*Attorneys for Plaintiff*
*Distributed Media Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis #4606