# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISTRIBUTED MEDIA SOLUTIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CURIOSITYSTREAM INC.,<br><br>Defendant. | CIVIL ACTION NO. 1:22-cv-01353-GBW<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
## OF MARK S. RASKIN, MICHAEL S. DEVINCENZO, AND DANIEL C. MILLER

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Mark S. Raskin, Michael S. DeVincenzo, and Daniel C. Miller of the law firm King & Wood Mallesons LLP in New York, New York, to represent Distributed Media Solutions, LLC in this matter.

Dated: January 30, 2023

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

 /s/ Stamatios Stamoulis
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*

ME1 27871028v.1

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Mark S. Raskin, Michael S. DeVincenzo, and Daniel C. Miller of the law firm King & Wood Mallesons LLP is GRANTED.

Dated: _____          _____
                                                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF MARK S. RASKIN

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be paid upon filing of this Motion to the Clerk's Office.

*/s/ Markk S. Raskin*
Mark S. Raskin
King & Wood Mallesons LLP
500 5th Avenue, 50th Floor
New York, NY 10110
Telephone: 212.319.4755
mark.raskin@us.kwm.com

Dated:  January 30, 2023

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF MICHAEL s. DEVINCENZO

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be paid upon filing of this Motion to the Clerk's Office.

/s/ *Michael S. DeVincenzo*
Michael S. DeVincenzo
King & Wood Mallesons LLP
500 5th Avenue, 50th Floor
New York, NY 10110
Telephone: 212.319.4755
michael.devincenzo@us.kwm.com

Dated:  January 30, 2023

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE* OF DANIEL C. MILLER

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be paid upon filing of this Motion to the Clerk's Office.

*/s/ Daniel C. Miller*
Daniel C. Miller
King & Wood Mallesons LLP
500 5th Avenue, 50th Floor
New York, NY 10110
Telephone: 212.319.4755
daniel.miller@us.kwm.com

Dated: January 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I electronically filed the above documents with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)